B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **CLIMATE CONTROL MECHANICAL SERVICES, INC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **59-3740395** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **2695 NW 4TH STREET** **Ocala, FL** ZIP Code **34475** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Marion** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **PO BOX 3038** **Ocala, FL** ZIP Code **34478** | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | CLIMATE CONTROL MECHANICAL SERVICES, INC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CLIMATE CONTROL MECHANICAL SERVICES, INC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Richard A. Perry**
Signature of Attorney for Debtor(s)

**Richard A. Perry 394520**
Printed Name of Attorney for Debtor(s)

**Richard A. Perry, Attorney at Law**
Firm Name

**820 East Fort King Street**
**Ocala, FL 34471-2320**

Address

**Email: richardperry@richard-a-perry.com**
**352-732-2299  Fax: 1-352-458-4297**
Telephone Number

**May 18, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ LOUIE WISE III**
Signature of Authorized Individual

**LOUIE WISE III**
Printed Name of Authorized Individual

**PRESIDENT**
Title of Authorized Individual

**May 18, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re **CLIMATE CONTROL MECHANICAL SERVICES, INC**                    Case No.
                                                       Debtor(s)      Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **AAON, INC**<br>**2425 SOUTH YUKON AVE**<br>**Tulsa, OK 74107** | **AAON, INC**<br>**2425 SOUTH YUKON AVE**<br>**Tulsa, OK 74107** | **TRADE DEBT** | | **39,946.06** |
| **AEROTEK, INC.**<br>**7301 PARKWAY DRIVE**<br>**Hanover, MD 21076** | **AEROTEK, INC.**<br>**7301 PARKWAY DRIVE**<br>**Hanover, MD 21076** | **TRADE DEBT** | | **492,932.55** |
| **AUTOMATED CONTROL**<br>**DBA JANET ZIMMERMAN**<br>**134 SW 140TH TERR**<br>**Newberry, FL 32669-3025** | **AUTOMATED CONTROL**<br>**DBA JANET ZIMMERMAN**<br>**134 SW 140TH TERR**<br>**Newberry, FL 32669-3025** | **TRADE DEBT** | | **36,567.11** |
| **BANK OF AMERICA**<br>**PO BOX 982238**<br>**El Paso, TX 79998-2238** | **BANK OF AMERICA**<br>**PO BOX 982238**<br>**El Paso, TX 79998-2238** | **CREDIT CARD** | | **67,642.87** |
| **BOUCHARD CLEARWATER**<br>**PO BOX 6090**<br>**Clearwater, FL 33758-6090** | **BOUCHARD CLEARWATER**<br>**PO BOX 6090**<br>**Clearwater, FL 33758-6090** | **TRADE DEBT** | | **44,706.73** |
| **BROOKS AIR SYSTEMS**<br>**11196 ST. JOHNS INDUSTRIAL**<br>**PKY SOUTH**<br>**Jacksonville, FL 32246** | **BROOKS AIR SYSTEMS**<br>**11196 ST. JOHNS INDUSTRIAL**<br>**PKY SOUTH**<br>**Jacksonville, FL 32246** | **TRADE DEBT** | | **56,765.17** |
| **CAMPBELL PLUMBING CONTRACTOR SOUTHEAST, INC**<br>**11482-01 COLUMBIA PARK DR. W**<br>**Jacksonville, FL 32258** | **CAMPBELL PLUMBING CONTRACTOR SOUTHEAST, INC**<br>**11482-01 COLUMBIA PARK DR. W**<br>**Jacksonville, FL 32258** | **TRADE DEBT** | | **51,111.90** |
| **CARRIER FLORIDA**<br>**2000 PARK OAKS AVE**<br>**Orlando, FL 32808** | **CARRIER FLORIDA**<br>**2000 PARK OAKS AVE**<br>**Orlando, FL 32808** | **TRADE DEBT** | | **86,157.57** |
| **CASCADE WATER SERVICES, INC.**<br>**113 BLOOMINGDALE RD.**<br>**Hicksville, NY 11801** | **CASCADE WATER SERVICES, INC.**<br>**113 BLOOMINGDALE RD.**<br>**Hicksville, NY 11801** | **TRADE DEBT** | | **34,810.23** |

B4 (Official Form 4) (12/07) - Cont.
In re  **CLIMATE CONTROL MECHANICAL SERVICES, INC**  Case No.  _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **COMP OPTIONS INSURANCE, INC.**<br>PO BOX 862780<br>Orlando, FL 32886 | **COMP OPTIONS INSURANCE, INC.**<br>PO BOX 862780<br>Orlando, FL 32886 | **WORKERSCOMP INSURANCE** | | 67,573.00 |
| **D&S ELECTRIC TECHNOLOGIES, LLC.**<br>1726 W. CYPRESS ST<br>Tampa, FL 33606 | **D&S ELECTRIC TECHNOLOGIES, LLC.**<br>1726 W. CYPRESS ST<br>Tampa, FL 33606 | **TRADE DEBT** | | 150,042.01 |
| **Nelson & Company**<br>1622 Hickman Road<br>Jacksonville, FL 32216 | **Nelson & Company**<br>Jacksonville, FL 32216 | **TRADE DEBT** | | 88,087.49 |
| **QUALITY BUILDING CONTROLS**<br>10011 WILLIAMS RD<br>Tampa, FL 33624 | **QUALITY BUILDING CONTROLS**<br>10011 WILLIAMS RD<br>Tampa, FL 33624 | **TRADE DEBT** | | 48,950.00 |
| **RAYMOW CONSTRUCTION COMPANY**<br>101 DUNBAR AVE SUITE F<br>Oldsmar, FL 34677 | **RAYMOW CONSTRUCTION COMPANY**<br>101 DUNBAR AVE SUITE F<br>Oldsmar, FL 34677 | **TRADE DEBT** | | 61,022.00 |
| **SOUTHERN INDEPENDENT TEST AND BALANCE**<br>140A WHITAKER RD<br>Lutz, FL 33549 | **SOUTHERN INDEPENDENT TEST AND BALANCE**<br>140A WHITAKER RD<br>Lutz, FL 33549 | **TRADE DEBT** | | 31,750.00 |
| **Stan Weaver & Company, Inc.**<br>5220 West Beaver Street<br>Jacksonville, FL 32254-2911 | **Stan Weaver & Company, Inc.**<br>Jacksonville, FL 32254-2911 | **TRADE DEBT** | | 115,175.35 |
| **TRADESMEN INTERNATIONAL, INC**<br>9760 SHEPARD ROAD<br>Macedonia, OH 44056 | **TRADESMEN INTERNATIONAL, INC**<br>9760 SHEPARD ROAD<br>Macedonia, OH 44056 | **TRADE DEBT** | | 182,094.38 |
| **TRANE ORLANDO PARTS**<br>PO BOX 406469<br>Atlanta, GA 30384-6469 | **TRANE ORLANDO PARTS**<br>PO BOX 406469<br>Atlanta, GA 30384-6469 | **TRADE DEBT** | | 54,363.45 |
| **TRANE, INC**<br>PO BOX 403271<br>Atlanta, GA 30384-3271 | **TRANE, INC**<br>PO BOX 403271<br>Atlanta, GA 30384-3271 | **TRADE DEBT** | | 47,317.04 |
| **TREGOINING INDUSTRIES**<br>PO BOX 1316<br>Macclenny, FL 32063 | **TREGOINING INDUSTRIES**<br>PO BOX 1316<br>Macclenny, FL 32063 | **TRADE DEBT** | | 101,101.89 |

**B4 (Official Form 4) (12/07) - Cont.**
In re   **CLIMATE CONTROL MECHANICAL SERVICES, INC**           Case No.
                                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 18, 2015**                          Signature   **/s/ LOUIE WISE III**
                                                                                        **LOUIE WISE III**
                                                                                        **PRESIDENT**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **CLIMATE CONTROL MECHANICAL SERVICES, INC**     Case No. 
Debtor(s)     Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 18, 2015**      **/s/ LOUIE WISE III**
**LOUIE WISE III/PRESIDENT**
Signer/Title

CLIMATE CONTROL MECHANICAL SERVICES, INC
PO BOX 3038
Ocala, FL 34478

ADVANCED METALS, LLC
158 HOUR GLASS CIR
Hawthorne, FL 32640

BARCELONA EQUIPMENT, INC.
12850 34TH STREET N.
Clearwater, FL 33762

Richard A. Perry
Richard A. Perry, Attorney at Law
820 East Fort King Street
Ocala, FL 34471-2320

AEROTEK, INC.
7301 PARKWAY DRIVE
Hanover, MD 21076

BEARING & DRIVES, INC.
PO BOX 116733
Atlanta, GA 30368-6733

AAA COOPER TRANSPORTAION
PO BOX 935003
Atlanta, GA 31193

AIRGAS SOUTH, INC.
PO BOX 532609
Atlanta, GA 30353-2609

BEST BUY
PO BOX 183195
Columbus, OH 43218

AAON, INC
2425 SOUTH YUKON AVE
Tulsa, OK 74107

ALL COUNTIES FIRE EXTINGUISHER, INC.
3460 NE JACKSONVILLE RD
Ocala, FL 34479

BIG D DUNNRITE ROOFING, INC
PO BOX 99
Silver Springs, FL 34489

ACE CONTRACTING ENTERPRISES, INC
PO BOX 896
Safety Harbor, FL 34695

AT&T MOBILITY
PO BOX 6463
Carol Stream, IL 60197-6463

BLUE CROSS BLUE SHIELD
P.O. BOX 44144
Jacksonville, FL 32231-4144

ACOUSTI ENGINEERING COMPANY OF FLORIDA
Tampa, FL 33610

AUTOMATED CONTROL
DBA JANET ZIMMERMAN
134 SW 140TH TERR
Newberry, FL 32669-3025

BMB ENTERPRISES, INC.
11240 BUSINESS PARK BLVD.
Jacksonville, FL 32256

ACTION MOBILE INDUSTRIES
11231 PHILLIPLS INDUSTRIAL BLVD.
Jacksonville, FL 32256

AUTOMATED LOGIC
1975 VAUGHN RD
Kennesaw, GA 30144

BOUCHARD CLEARWATER
PO BOX 6090
Clearwater, FL 33758-6090

ADVANCED CUTTING SYSTEMS
112 HILLTOP BUSINESS DR
Pelham, AL 35124

BAKER DISTRUBUTING COMPANY
PO BOX 409635
Atlanta, GA 30384-9635

BRAY STEEL SALES, INC.
1120 N MAGNOLIA AVE
Ocala, FL 34475

ADVANCED HERMETICS, INC.
2052 PLATINUM ROAD
Apopka, FL 32703

BANK OF AMERICA
PO BOX 982238
El Paso, TX 79998-2238

BROOKS AIR SYSTEMS
11196 ST. JOHNS INDUSTRIAL PKY SOUTH
Jacksonville, FL 32246

BUILDING SERVICES INSTITUTE

CC DICKSON CO.
PO BOX 13501
Rock Hill, SC 29731-3501

COMP OPTIONS INSURANCE, IN
PO BOX 862780
Orlando, FL 32886

C STORE EMPIRE EQUIPMENT CO.
407 JEFFREYS LANE
Goldsboro, NC 27530

CHEMAQUA
2361 NETWORK PLACE
Chicago, IL 60673-1232

CONDITIONED AIR & POWER, IN
11243-7 ST. JOHNS INDUSTRIAL
PARKWAY SOUTH
Jacksonville, FL 32246

C&M ENT OF CHRISTMAS, FL INC
PO BOX 909
Christmas, FL 32709

CINTAS
PO BOX 630910
Cincinnati, OH 45263-0910

CONKLIN METAL INDUSTRIES IN
236 MOORE STREET SE
Atlanta, GA 30312

CAMPBELL PLUMBING CONTRACTOR
SOUTHEAST, INC
11482-01 COLUMBIA PARK DR. W
Jacksonville, FL 32258

CITICARDS PRIVATE LABEL
PO BOX 20483
Kansas City, MO 64195-0483

CONTROL SYSTEM SPECIALISTS
2430 US HWY 301 SOUTH
Tampa, FL 33619

CAPTIVE AIR SYSTEMS, INC
4641 PARAGON PARK RD
Raleigh, NC 27616

CITY OF FORT PIERCE
PO BOX 1480
Fort Pierce, FL 34954-1480

COX FIRE PROTECTION, INC.
7910 PROFESSIONAL PLACE
Tampa, FL 33637

CARRIER CORPORATION
PO BOX 905533
Charlotte, NC 28290-5303

COKER CRANE & RIGGING, LLC
93232 DUVAL RD
Fernandina Beach, FL 32034

CPL SHOP DRAWINGS, INC.
1199 HAMMACHER AVE. SW
Palm Bay, FL 32908

CARRIER FLORIDA
2000 PARK OAKS AVE
Orlando, FL 32808

COLONIAL LIFE
PREMIUM PROCESSING
PO BOX 903
Columbia, SC 29210

CRANE & RIGGING OF
JACKSONVILLE, INC.
537 LANE AVENUE NORTH
Jacksonville, FL 32254

CARROLL AIR SYSTEMS, INC.
3711 W. WALNUT ST.
Tampa, FL 33607

COMMUNITY BANK & TRUST
OF FLORIDA
PO BOX 1570
Ocala, FL 34478-1570

Cunningham Sales, Inc.
Suite 107
601 North Orlando Avenue
Maitland, FL 32751

CASCADE WATER SERVICES, INC.
113 BLOOMINGDALE RD.
Hicksville, NY 11801

COMMUNITY TECHNOLOGY &
ADULT EDUCATION
1014 SW 7TH RD
Ocala, FL 34478

CYBERCARE
427 N. MAGNOLIA AVE
Orlando, FL 32801

| | | |
|---|---|---|
| D&S ELECTRIC TECHNOLOGIES, LLC.<br>1726 W. CYPRESS ST<br>Tampa, FL 33606 | Energy Task Force LLC<br>2501 Clark Street<br>Apopka, FL 32703 | FFVA<br>PO BOX 948239<br>Maitland, FL 32794 |
| DELL FINANCIAL SERVICES<br>PO BOX 81577<br>Austin, TX 78708-1577 | ENGINEERED ENERGY EQUIPMENT, INC.<br>305 WINSTON CREEK PARKWAY<br>Lakeland, FL 33810 | FILTRINE MANUFACTURING CO<br>15 KIT STREET<br>Keene, NH 03431 |
| DEPENDABLE WELDING SERVICES<br>3980 SE 100TH ST.<br>Belleview, FL 34420 | EXOTICE DETAIL AND MORE<br>1100 SW 6TH AVE<br>Ocala, FL 34471 | First Coast Test and Balance<br>1914 University Blvd. West<br>Jacksonville, FL 32217 |
| DEX ONE<br>P.O. BOX 9001401<br>Louisville, KY 40290-1401 | FAIR MECHANICAL SOLUTION LLC<br>707 SW 20TH ST<br>Ocala, FL 34471 | Fl. Dept. of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| DUVAL COUNTY TAX COLLECTOR<br>231 E FORSYTH SUITE 130<br>Jacksonville, FL 32202 | FALCON ELECTRIC, INC.<br>440 ROBERTS ROAD STE 5<br>Oldsmar, FL 34677 | Florida Cooling Supply<br>19353  U.S. 19 North<br>Suite 102<br>Clearwater, FL 33764 |
| EDDY CURRENT SPECIALISTS INC<br>PO BOX 308<br>Kennesaw, GA 30156 | FASTENAL COMPANY<br>2001 THEURER BLVD<br>Winona, MN 55987 | FLORIDA HOTSPOT SERVICES IN<br>PO BOX 413<br>Thonotosassa, FL 33592 |
| ELKINS CONSTRUCTION<br>701 W ADAMS ST<br>Jacksonville, FL 32204 | FEDERATED LIFE INSURANCE CO<br>PO BOX 64304<br>Saint Paul, MN 55164-0304 | FLORIDA HYDRONICS, INC<br>2929 EDISON AVE<br>Jacksonville, FL 32254 |
| EMPIRE MARKETING GROUP, INC.<br>4320 WALLCE ROAD<br>Lakeland, FL 33812 | FEDEX<br>P.O. BOX 660481<br>Dallas, TX 75266-0481 | FLORIDA MECHANICAL SYS INC<br>526 STOCKTON ST.<br>Jacksonville, FL 32204 |
| ENER-GREEN TECHNOLOGIES, LLC<br>PO BOX 1008<br>Duncan, SC 29334 | FERGUSON<br>PO BOX 100286<br>Atlanta, GA 30384-0286 | GAURDIAN<br>PO BOX 67745<br>Dallas, TX 75267-7458 |

GEMAIRE DISTRIBUTORS
2151 WEST HILLSBORO BLVD
Deerfield Beach, FL 33442

HOLISTIC TEST & BALANCE, INC
3614 LENOX AVE
Jacksonville, FL 32254

L&D CEILINGS, INC
3003 NE 19TH DRIVE UNIT #9
Gainesville, FL 32609

GENERAL INSULATION COMPANY
PO BOX 636959
Cincinnati, OH 45236-6959

HOME DEPOT
PO BOX 790328
Saint Louis, MO 63179-0328

Labor Ready Southeast, Inc.
P.O. Box 740435
Atlanta, GA 30374-0435

GEORGE A. ISREA, INC
PO BOX 41106
Jacksonville, FL 32203-1106

Hughes Supply, Inc.
One Hughes Way
Orlando, FL 32805-2232

LARRY A. BOOTH JR, CPA
606 SE 1ST AVE
Ocala, FL 34471

GOOD NEIGHBOR FENCE COMPANY
5804 N. OCCIDENT STREET
Tampa, FL 33614

JEFF COAT SIGNS
1611 S MAIN STREET
Gainesville, FL 32601

LEGAL SHIELD
PO BOX 2629
Ada, OK 74821-2629

GRAINGER
PO BOX 419267
Kansas City, MO 64141-6267

JET MEDICAL CENTER, LLC
PO BOX 7967
Belfast, ME 04915-7900

LL&J CONCRETE, INC
5275 SE 103RD LANE
Belleview, FL 34420

HAVOLINE XPRESS LUBE
230 CANAL BLVD STE 2
Ponte Vedra Beach, FL 32082

JOHNSON'S CRANE SERVICE, INC
1735 N. LANE AVE
Jacksonville, FL 32254

LONG & ASSOCIATES
ARCHITECTS/ENGINEERS
4525 SOUTH MANHATTAN AVE
Tampa, FL 33611

HERTZ EQUIPMENT RENTAL
PO BOX 650280
Dallas, TX 75265-0280

JOHNSTONE SUPPLY
2700 SW 3RD PLACE
Ocala, FL 34474

Marion County Tax Collector
P.O. Box 970
Ocala, FL 34478-0970

High Reach 2
615 Hickman Circle
Sanford, FL 32771

JOSEPH T. RYERSON & SON, INC
5336 HIGHWAY AVE
Jacksonville, FL 32254

MARKETING SERVICES, INC
8265 N FAULKNER RD
Milwaukee, WI 53224

HILL COMPANY
PO BOX 699
Roswell, GA 30077

JR LONG, INC
PO BOX 7828
Saint Petersburg, FL 33734-7828

MARLOW, MCNABB & STAYTONP
1560 WEST CLEVELAND STREET
Tampa, FL 33606

| | | |
|---|---|---|
| Mateer & Harbert, P.A.<br>7 E. Silver Springs Blvd.<br>STE 500<br>7 East Silver Springs Blvd.<br>Ocala, FL 34470-6603 | PAC-VAN<br>75 REMITTANCE DR STE 3300<br>Chicago, IL 60675-3300 | RICHARD FLANDERS, INC<br>3800 INVERRARY BLVD<br>STE 109-110<br>Fort Lauderdale, FL 33319 |
| MATHESON<br>901 NW 27TH<br>Ocala, FL 34475 | PALM CHEVROLET, INC<br>2300 SW COLLEGE ROAD<br>Ocala, FL 34471 | SETON<br>20 THOMPSON ROAD<br>Branford, CT 06405 |
| MATHEWS BENEFIT GROUP, INC<br>701 94TH AVE NORTH STE 200<br>Saint Petersburg, FL 33702 | PAMELA HARRIS<br>2411 SE 22ND PLACE<br>Ocala, FL 34471 | SHELBY CRANE SERVICE<br>5109 NW GAINESVILLE RD<br>Ocala, FL 34475 |
| MILLS PASKERT DIVERS<br>c/o ALBERTA CAMPBELL, ESQ<br>100 NORTH TAMPA ST<br>Tampa, FL 33602 | PARKERS TIRE & AUTO SERVICE<br>3000 NW PINE AVE<br>Ocala, FL 34475 | SIEMENS INDUSTRY, INC<br>PO BOX 2134<br>Carol Stream, IL 60132-2134 |
| MINGLEDORFF'S, INC<br>PO BOX 2608<br>Norcross, GA 30091-2608 | PENNY'S ELECTRIC<br>3085 NE 87TH STREET RD<br>Anthony, FL 32617 | SIMS CRANE & EQUIPMENT<br>PO BOX 2134<br>Carol Stream, IL 60132-2134 |
| MOBILE MINI, INC<br>7420 S KYRENE RD STE 101<br>Tempe, AZ 85283 | PREMIER WATER & ENERGY<br>TECHNOLOGY, INC<br>11481<br> COLUMBIA PARK DRIVE W<br>Jacksonville, FL 32258 | SKYETEC ENVIRONMENTAL<br>BUILDING SOLUTIONS<br>9570 REGENCY SQUARE BLVD<br>STE 410<br>Jacksonville, FL 32225 |
| Musseau Enterprises, Inc.<br>PO BOX 2063<br>OCALA, FL 34478-2063 | PRESTON-LINK ELECTRIC, INC<br>4000 SW 35TH TERRACE<br>Gainesville, FL 32608 | SOUTHARD ENGINEERING, INC<br>4566B NW 5TH BLVD<br>Gainesville, FL 32609 |
| MY FLORIDA MARKETPLACE<br>PO BOX 5497<br>Tallahassee, FL 32314-5497 | QUALITY BUILDING CONTROLS<br>10011 WILLIAMS RD<br>Tampa, FL 33624 | Southern Blade & Supply<br>PO BOX 2063<br>OCALA, FL 34478-2063 |
| Nelson & Company<br>1622 Hickman Road<br>Jacksonville, FL 32216 | RAYMOW CONSTRUCTION COMPANY<br>101 DUNBAR AVE SUITE F<br>Oldsmar, FL 34677 | SOUTHERN INDEPENDENT<br>TEST AND BALANCE<br>140A WHITAKER RD<br>Lutz, FL 33549 |

SOUTHWAY CRANE & RIGGING
PO BOX 1763
Valdosta, GA 31603

TOM BARROW COMPANY
PO BOX 116406
Atlanta, GA 30368-6406

US HEALTH WORKS MED GRP FL
P.O. BOX 404473
Atlanta, GA 30384

SPACE SCIENCE SERVICES, INC
470 SOUTHGATE ROAD
Dothan, AL 36301

TRADESMEN INTERNATIONAL, INC
9760 SHEPARD ROAD
Macedonia, OH 44056

WACO
26661 NETWORK PLACE
Chicago, IL 60673-1266

SPEEDY CONCRETE CUTTING
OF JACKSONVILLE
2579 NW 19TH ST
Fort Lauderdale, FL 33311

TRANE ORLANDO PARTS
PO BOX 406469
Atlanta, GA 30384-6469

WASTE MANAGEMENT
DOTHAN HAULING
PO BOX 105453
Atlanta, GA 30348

Stan Weaver & Company, Inc.
5220 West Beaver Street
Jacksonville, FL 32254-2911

TRANE, INC
PO BOX 403271
Atlanta, GA 30384-3271

WEST COAST FENCE OF TAMPA
4151 118TH AVE NORTH
Clearwater, FL 33762

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

TREGOINING INDUSTRIES
PO BOX 1316
Macclenny, FL 32063

WOOD PRINTING OF OCALA, IN
1740 NE 23RD TERRACE
Ocala, FL 34470

SUPERIOR CRANE & RIGGING INC
8614 BARKWOOD PLACE
Tampa, FL 33615

TROJAN LABOR
4560 GREAT OAK DRIVE
North Charleston, SC 29418

XPRESS LUBE
PO BOX 24300
Jacksonville, FL 32241

TARHEEL ROOFING, INC
2600 22ND STREET NORTH
Saint Petersburg, FL 33713

TURLEY CONSTRUCTION, INC
1931 SW 7TH AVE
Ocala, FL 34471

YORK INTERNATIONAL
c/o JOHNSON CONTROLS, INC
PO BOX 30670
New York, NY 10087-0670

TAYLOR, COTTON & RIDLEY, INC
PO BOX 141090
Gainesville, FL 32614-1090

UNITED SITE SERVICES
OF FLORIDA, INC
50 WASHINGTON ST STE 1000
Westborough, MA 01581

ZURICH AMERICAN
1400 AMERICAN LN
Schaumburg, IL 60196-5452

THE BANCORP BANK
DBA: TBBK LEASING
PO BOX 585550
Orlando, FL 32858-5550

UPS
PO Box 17198
Wilmington, DE 19850-7198

# United States Bankruptcy Court
## Middle District of Florida

In re **CLIMATE CONTROL MECHANICAL SERVICES, INC**                    Case No.
                                                 Debtor(s)            Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **CLIMATE CONTROL MECHANICAL SERVICES, INC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**LOUIE WISE III**
**4500 SW 52ND CIR UNIT 107**
**Ocala, FL 34474**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May 18, 2015** | **/s/ Richard A. Perry** |
| Date | **Richard A. Perry 394520** |
| | Signature of Attorney or Litigant |
| | Counsel for **CLIMATE CONTROL MECHANICAL SERVICES, INC** |
| | **Richard A. Perry, Attorney at Law** |
| | **820 East Fort King Street** |
| | **Ocala, FL 34471-2320** |
| | **352-732-2299 Fax:1-352-458-4297** |
| | **richardperry@richard-a-perry.com** |