

Account Number: 81
Capture Date: August 07, 2015
Item Number: 21190001347637
Posted Date: August 07, 2015
Posted Item Number: 662573
Serial Number:
Amount: 25.00

NATIVE HUBZONE SOLUTIONS, LLC
2695 NW 4TH ST
OCALA FL 34475







Account Number: ____..40
Capture Date: August 07, 2015
Item Number: 21190001347638
Posted Date: August 07, 2015
Posted Item Number: 662574
Serial Number:
Amount: 25.00

FACILITY PERFORMANCE, LLC
2695 NW 4TH ST
OCALA FL 34475

---

**CENTERSTATE BANK**  **DDA Advice of CR / DBT**

NAME: Facility Performance    DATE: 8/7/15

CUSTOMER SIGNATURE _____

**TRANCODE OPTIONS**

| Credit | Debit |
|---|---|
| 20 - Deposit | 60 - Misc. Debit |
| 28 - Telephone Transfer Credit | 84 - Telephone Transfer Debit |
| 30 - Misc. Credit | 94 - Wire Transfer Debit w/ Fee |
| 45 - Wire Transfer Credit Fee Waived | 98 - Closing Entry |

Desc: Transfer fund for Deposit Into New Bus Checking # 2033418l

Prepared By: ELY    Approved By: [signature]

ACCOUNT: *40    TC: *60    $ 25.00

---

Account Number: 81
Capture Date: February 03, 2016
Item Number: 21190001505124
Posted Date: February 03, 2016
Posted Item Number: 434659
Serial Number:
Amount: 72,016.40


CenterState

NATIVE HUBZONE SOLUTIONS, LLC
2695 NW 4TH ST
OCALA FL 34475





Account Number:                       i4
Capture Date:                            February 03, 2016
Item Number:                             21190001505125
Posted Date:                              February 03, 2016
Posted Item Number:           434660
Serial Number:                          272468
Amount:                                   72,016.40



CENTERSTATE BANK OF FLORIDA NA
CASHIERS CHECK ACCOUNT
INTERNAL ACCOUNT 00000







Account Number: 81
Capture Date: April 25, 2016
Item Number: 21190001578828
Posted Date: April 25, 2016
Posted Item Number: 274711
Serial Number:
Amount: 105,936.40

NATIVE HUBZONE SOLUTIONS, LLC
2695 NW 4TH ST
OCALA FL 34475





Account Number:      503
Capture Date:      April 25, 2016
Item Number:      21190001578829
Posted Date:      April 25, 2016
Posted Item Number: 274712
Serial Number:     10967
Amount:      105,936.40







Account Number: 81
Capture Date: September 07, 2016
Item Number: 21190001688574
Posted Date: September 07, 2016
Posted Item Number: 462167
Serial Number:
Amount: 40,000.00

NATIVE HUBZONE SOLUTIONS, LLC
2695 NW 4TH ST
OCALA FL 34475

**DEPOSIT TICKET**
Name: Native Hubzone
Account No: ___
Date: 9/7/16

CASH
CHECKS: 25000.00
          15000.00
CHECKS OR TOTAL FROM OTHER SIDE
SUB TOTAL
LESS CASH
NET DEPOSIT $ 40000.00

CenterState BANK
Ocala Downtown Office



```
Account Number:        03
Capture Date:          September 07, 2016
Item Number:           21190001688575
Posted Date:           September 07, 2016
Posted Item Number:    462168
Serial Number:         11177
Amount:                25,000.00
```







| | |
|---|---|
| Account Number: | 03 |
| Capture Date: | September 07, 2016 |
| Item Number: | 21190001688576 |
| Posted Date: | September 07, 2016 |
| Posted Item Number: | 462169 |
| Serial Number: | 11178 |
| Amount: | 15,000.00 |







Account Number: 31
Capture Date: June 15, 2016
Item Number: 21190001622290
Posted Date: June 15, 2016
Posted Item Number: 429373
Serial Number:
Amount: 194,508.90

NATIVE HUBZONE SOLUTIONS, LLC
2695 NW 4TH ST
OCALA FL 34475



Account Number: 02
Capture Date: June 15, 2016
Item Number: 21190001622291
Posted Date: June 15, 2016
Posted Item Number: 429374
Serial Number: 2047
Amount: 194,508.90


CenterState



VetCon Services LLC
3325 Diamond Falls Circle
Land O Lakes, FL 34638
813 777 3630

BANK OF AMERICA, NA
63-027/631

2047

6/8/2016

PAY TO THE ORDER OF   Native Hubzone Solutions    $ **194,508.90

One Hundred Ninety-Four Thousand Five Hundred Eight and 90/100**********************************  DOLLARS

Native Hubzone Solutions
PO BOX 3038
Ocala, FL 34478

MEMO  Signature Brands



Endorsement: Deposit only Native Hubzone Solutions