[Dordstnd] [ORDER SCHEDULING TRIAL (No Deadlines)]

ORDERED.

Dated: November 13, 2017

*Jerry A. Funk*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Climate Control Mechanical Services, Inc.

BASE 3, LLC

_____Debtor*_____/

Case No. 3:15−bk−02248−JAF
Chapter 11

ORDER SCHEDULING TRIAL

THIS CASE came on for a hearing on November 9, 2017 on the Emergency Motion to Appoint Trustee or, in the Alternative, Convert Cases to Chapter 7 (Document No. 507) filed by Creditor Ciraco Electric Inc. . The Court is satisfied that the contested matter is now ready for a trial. Accordingly, it is

**ORDERED**:

1. Trial. The trial is set for February 1, 2018 , at 10:00 AM in 300 North Hogan Street, 4th Floor − Courtroom 4D, Jacksonville, FL 32202.

2. Avoid delays. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

The movant's attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.