ORDERED.

Dated: November 15, 2017

_____
Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Climate Control Mechanical Services, Inc., | Case No. 3:15-bk-02248-JAF |
| | Jointly Administered with |
| Base 3, LLC, | Case No. 3:15-bk-02249-JAF |
| The Alexander Group, LLC, | Case No. 3:15-bk-02250-JAF |
| Facility Performance, LLC, | Case No. 3:15-bk-05021-JAF |
| Debtors. | Chapter 11 |
| _____/ | |

**ORDER DIRECTING**
**UNITED STATES TRUSTEE TO APPOINT AN EXAMINER**

These Cases came before the Court on November 9, 2017, for preliminary hearing on the Emergency Motion for Appointment of Chapter 11 Trustee or in the Alternative to Convert Case to Chapter 7 (Doc. No. 507) filed by Ciraco Electric, Inc. in the jointly administered cases of Climate Control Mechanical Services, Inc. (Case No. 3:15-bk-02248-JAF), Base 3, LLC (Case

No. 3:15-bk-02249-JAF), The Alexander Group, LLC (Case No. 3:15-bk-02250-JAF), and Facility Performance, LLC (Case No. 3:15-bk-05021-JAF). The Court, having heard the argument of counsel present at the hearing, the Debtors having consented to the appointment of an examiner, and upon consideration of the record, finds the appointment of an examiner is warranted. Accordingly, it is

ORDERED:

1. The United States Trustee is directed to appoint an Examiner pursuant to 11 U.S.C. § 1104(c).

2. The United States Trustee is directed to appoint a Chapter 11 Examiner in these cases in accordance with the provisions of 11 U.S.C. § 1104(d).

3. The Debtors are directed to provide full and complete cooperation with the Chapter 11 Examiner to be appointed including full access to books and records, bank accounts, contracts, access to employees, agents, and independent contractors.

4. Compensation of the Chapter 11 Examiner shall be allowed by separate order pursuant to 11 U.S.C. § 330 upon application to the Court. No compensation shall be paid to the Chapter 11 Examiner in this case without prior order of the Court.

5. The Examiner shall file a preliminary or final report with the Court concerning his or her investigation of the financial affairs of the Debtors within 30 days from the date of this Order.

Copies to (Service by BNC) to all creditors and parties in interest.