UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Climate Control Mechanical Services, Inc., | Case No. 3:15-bk-02248-JAF |
| | Jointly Administered with |
| Base 3, LLC, | Case No. 3:15-bk-02249-JAF |
| The Alexander Group, LLC, | Case No. 3:15-bk-02250-JAF |
| Facility Performance, LLC, | Case No. 3:15-bk-05021-JAF |
| Debtors. | Chapter 11 |

_____/

## NOTICE OF APPOINTMENT OF CHAPTER 11 EXAMINER

Pursuant to the Order of this Court entered on November 15, 2017, Directing United States Trustee to Appoint an Examiner (Doc. No.: 526) in the jointly administered cases of Climate Control Mechanical Services, Inc.; Base 3, LLC; The Alexander Group, LLC; and Facility Performance, LLC; the Acting United States Trustee for Region 21 appoints the following person as Examiner:

Paul M. Dumm, CPA/ABV/CFF, CFE
Morrison Valuation & Forensic Services, LLC
934 N. Magnolia Avenue, Suite 199
Orlando, FL  32803
(407) 722-8781
Paul.Dumm@MorrisonVFS.com

This appointment is made on November 22, 2017

GUY G. GEBHARDT
Acting United States Trustee, Region 21

 /s/   Charles R. Sterbach
Charles R. Sterbach, Assistant U.S. Trustee
Office of the United States Trustee

U.S. Department of Justice  
Arizona Bar No.: 009315  
George C. Young Federal Building  
400 West Washington Street, Suite 1100  
Orlando, FL 32801  
Telephone No.:   (407) 648-6301, Ext. 121  
Facsimile No.:   (407) 648-6323  
Email:  Charles.R.Sterbach@usdoj.gov  

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 22, 2017, I have caused a true and correct copy of the foregoing Appointment of Chapter 11 Examiner to be served electronically through CM/ECF on all parties having appeared electronically in the instant matter, and by U.S. Mail, postage prepaid, on the following:

| | |
|---|---|
| Climate Control Mechanical Services, Inc.<br>P.O. Box 3038<br>Ocala, FL  34478 | Base 3, LLC<br>P.O. Box 3038<br>Ocala, FL  34478 |
| Alexander Group, LLC<br>P.O. Box 3038<br>Ocala, FL  34478 | Facility Performance, LLC<br>P.O. Box 3038<br>Ocala, FL  34478 |

Paul M. Dumm, CPA/ABV/CFF, CFE  
Morrison Valuation & Forensic Services, LLC  
934 N. Magnolia Avenue, Suite 199  
Orlando, FL  32803

 /s/   <em>Charles R. Sterbach</em>  
Charles R. Sterbach, Assistant U.S. Trustee