ORDERED.

Dated: **November 30, 2017**

_Jerry A. Funk_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Climate Control Mechanical Services, Inc. | Case 3:15-bk-02248-JAF |
| | (Jointly Administered With) |
| Base 3, LLC | Case 3:15-bk-02249-JAF |
| The Alexander Group, LLC | Case 3:15-bk-02250-JAF |
| Facility Performance, LLC | Case 3:15-bk-05021-JAF |
| Debtors. | Chapter 11 |

**ORDER GRANTING MOTION
FOR ADDITIONAL EXTENSION OF TIME TO COMPLY
WITH ORDER CONDITIONALLY DENYING UNITED STATES
TRUSTEE'S MOTION TO DISMISS OR CONVERT THE CASES OF
CLIMATE CONTROL MECHANICAL SERVICES, INC., BASE 3, LLC,
THE ALEXANDER GROUP, LLC, AND FACILITY PERFORMANCE, LLC**

**BEFORE THE COURT** is the Motion for additional Extension of Time to Comply with Order Conditionally Denying United States Trustee's Motion to Dismiss or Convert the Cases of Climate Control Mechanical Services, Inc., Base 3, LLC, The Alexander Group, LLC, and Facility Performance, LLC [Doc.#530] (the "Motion") . Upon consideration of the Motion, it is **ORDERED**:

1. The Motion is granted.

2. Debtors are granted an extension of time to comply with the Order

Conditionally Denying United States Trustee's Motion to Dismiss or Convert the Cases of Climate Control Mechanical Services, Inc., Base 3, LLC, The Alexander Group, LLC, and Facility Performance, LLC [Doc. #495] (the "Order").

     3.  Debtors shall pay all outstanding United States Trustees fees as required by the Order on or before December 8, 2017.

     4.  Failure to pay all outstanding United States Trustees fees on or before December 1, 2017 will result in the conversion to chapter 7 or the dismissal of these cases upon the filing of a Verified Statement by the United States Trustee indicating noncompliance as set forth in the Order.

**####**

     Attorney Richard A. Perry is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of this order.