ORDERED.

Dated: December 07, 2017

_____
Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Climate Control Mechanical
Services, Inc.,                  Case No. 3:15-bk-02248-JAF

                                   Jointly Administered with
Base 3, LLC,                             Case No. 3:15-bk-02249-JAF
The Alexander Group, LLC,       Case No. 3:15-bk-02250-JAF
Facility Performance, LLC,         Case No. 3:15-bk-05021-JAF

     Debtors.                             Chapter 11
_____/

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 EXAMINER

The Court having considered the Application of the Acting United States Trustee for entry of an Order approving appointment of Paul M. Dumm as Chapter 11 Examiner in the above-captioned jointly administered cases, filed on December 5, 2017 (Doc. No. 534), it is hereby

ORDERED that the appointment of Paul M. Dumm as Chapter 11 Examiner is approved.