ORDERED.

Dated: December 13, 2017

_____
Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Climate Control Mechanical Services, Inc. | Case No.: 3:15-bk-02248-JAF (Jointly Administered With) |
| Base 3, LLC | Case 3:15-bk-02249-JAF |
| The Alexander Group, LLC | Case 3:15-bk-02250-JAF |
| Facility Performance, LLC | Case 3:15-bk-05021-JAF |
| Debtors _____/ | |

**ORDER GRANTING IN PART EMERGENCY MOTION
TO FREEZE UNAUTHORIZED BANK ACCOUNTS AND OTHER ASSETS**

**THIS CASE** came before the Court on the Emergency Motion to Freeze Unauthorized Bank Accounts and Other Assets (Doc. No. 508) ("Motion") filed by Ciraco Electric, Inc., at a preliminary hearing on November 9, 2017, at 1:30pm. Upon consent of the Debtors and Ciraco Electric, Inc. ("Movant"), it is **ORDERED**:

1. The Motion is granted to the extent set forth below.

2. Louie F. Wise, III ("Mr. Wise"), as an authorized representative of and on behalf of the Debtors in the above captioned cases, shall file with the Court a statement under penalty of perjury which contains a list of all banking and financial accounts held in the name of any Debtor or Debtors, individually, jointly, or otherwise, whether open or

closed, since May 18, 2015, that are not authorized debtor in possession accounts (the "Non- DIP Accounts"). The list shall identify the financial institution, last four digits of the account number, titling of account, date opened, date closed, and signatory authority for each account. The list shall be filed no later than 14 days after the date of this Order.

3. Debtors shall: (a) close all Non-DIP Accounts; (b) transfer any funds held in the Non-DIP Accounts to the appropriate debtor-in-possession account; and, (c) Mr. Wise shall file with the Court, a statement under penalty of perjury attesting to compliance with this paragraph within 14 days of the date of this Order.

4. Mr. Wise, as an authorized representative of and on behalf of the Debtors, shall provide a statement under penalty of perjury to counsel for Movant and the United States Trustee that identifies and lists all pre-paid debit or smart cards, or any pre-paid instrument, purchased by any Debtor or by Mr. Wise on behalf of any Debtor, since May 18, 2015. In addition, Debtors shall provide copies of all statements and records to counsel for Movant and the United States Trustee, which identify the purchase date, the card/account number, the issuing bank, and the current balance for any pre-paid debit or smart cards, or any pre-paid instrument, purchased by any Debtor or by Mr. Wise on behalf of any Debtor, since May 18, 2015.  Mr. Wise may attach the statements to his statement under penalty of perjury for the purposes of identifying all pre-paid debit or smart cards, or any pre-paid instrument, purchased by any Debtor or by Mr. Wise on behalf of any Debtor, since May 18, 2015. Mr. Wise shall file with the Court, a statement under penalty of perjury attesting to compliance with this paragraph within 21 days of the date of this Order.

5. Debtors shall amend or file amendments to each monthly operating report and attach copies of statements of for all financial account for each respective debtor within 21 days of the date of this order. However, statements for individual prepaid debit or smart cards shall not be required to be filed with the Court. The Debtors shall, however, be required to provide copies to counsel for the Movant and the United States Trustee.

6. If Mr. Wise or any Debtor is unable to comply with the provisions of this order because a financial institution is unable to produce the documents within the time required by this order, Mr. Wise or any Debtor may apply for an appropriate extension of time.

7. All financial information which is required by the provisions of this Order to be filed with the Court shall be redacted as required by Fed. R. Bankr. P. 9037 and Local Rule 1001-3, however, all financial information to be served on counsel for Movant and the United States Trustee which is not filed with the Court shall not be redacted.

8. The documentation and information the Debtors and Mr. Wise are required to provide to the counsel for Movant and the United States Trustee shall also, concurrently, be provided to the Examiner, and without redaction. Nothing in this Order supplants or supersedes the Order entered by the Court appointing an examiner (Doc. No. 526). This Order is intended to supplement and complement the role of the Examiner.

[concludes on following page]

9. Failure to timely comply with this Order may result in sanctions imposed by the Court to the extent it is appropriate.

Attorney C. Andrew Roy is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.

## STIPULATION FOR ENTRY OF ORDER

Ciraco Electric, Inc. and the Debtors stipulate and consent to entry of the above order on the Motion (Doc. No. 508).

| | |
|---|---|
| /s/C. Andrew Roy | /s/ Richard A. Perry |
| C. ANDREW ROY | RICHARD A. PERRY |
| Fla. Bar No. 91629 | Fla. Bar No. 394520 |
| Attorney for Ciraco Electric, Inc. | Attorney for Debtors |