**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Climate Control Mechanical Services, Inc.** | Case No.: 3:15-bk-02248-JAF |
| | (Jointly Administered With) |
| **Base 3, LLC** | Case 3: 15-bk-02249-JAF |
| **The Alexander Group, LLC** | Case 3:15-bk-02250-JAF |
| **Facility Performance, LLC** | Case 3:15-bk-05021-JAF |
| **Debtors** | |
| _____/ | |

### MOTION TO STRIKE DEBTORS' BRIEF ON STANDING (DOC. NO. 535)

Ciraco Electric, Inc. ("Ciraco"), by and through its undersigned counsel, moves the Court to enter an Order striking the Debtors' Brief on Standing (Doc. No. 535) ("Standing Brief") as untimely. In support of this Motion Ciraco states as follows:

1. On November 17, 2017, the Court entered an Order Denying Motion to Disqualify Opposing Counsel (Doc. No. 527) ("Order").

2. The Order denied the Debtors' request to disqualify undersigned counsel, but stated concerns as to Ciraco's standing to seek appointment of a trustee as to all of the jointly administered Debtors.

3. The Order permitted the Debtors to file a brief on Ciraco's standing "within ten (10) days following the entry of [the] Order."

4. Thus, the Debtors had until November 27, 2017 to file a brief.

5. The Debtors, however, did not file their Standing Brief until December 6, 2017, and furthermore did not seek an extension of time.

6. Accordingly, the Standing Brief is untimely under the Order and should be stricken.

WHEREFORE, Ciraco respectfully requests that the Court enter an Order striking the Standing Brief as untimely, and granting such other relief as is necessary and just.

Date: December 19, 2017.                    Respectfully submitted,

                                              */s/ C. Andrew Roy*
C. ANDREW ROY
Florida Bar No. 91629
aroy@whww.com
**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
Post Office Box 880
Winter Park, FL 32790-0880
(407) 423-4246; (407) 645-3728 (facsimile)
Attorneys for Ciraco

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2017, I caused a true and correct copy of the foregoing to be served through CM/ECF on parties having appeared electronically in the instant matter, and by U.S. Mail on the following:

Climate Control Mechanical Services, Inc.
P.O. Box 3038
Ocala, FL 34478

Base 3, LLC
P.O. Box 3038
Ocala, FL 34478

Alexander Group, LLC
P.O. Box 3038
Ocala, FL 34478

Facility Performance, LLC
P.O. Box 3038
Ocala, FL 34478

                                              */s/ C. Andrew Roy*
                                              C. ANDREW ROY