UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Climate Control Mechanical Services, Inc. | Case 3:15-bk-02248-JAF (Jointly Administered With) |
| Base 3, LLC | Case 3:15-bk-02249-JAF |
| The Alexander Group, LLC | Case 3:15-bk-02250-JAF |
| Facility Performance, LLC | Case 3:15-bk-05021-JAF |
| Debtors. | |

## STATEMENT REGARDING NON-DEBTOR IN POSSESSION ACCOUNTS

Louie F. Wise (the "Corporate Representative") makes the following statement in an effort to comply with the Order Granting in Part Emergency Motion to Freeze Unauthorized Bank Accounts and Other Assets dated December 13, 2017 [Doc.#540] (the "Order") in the above captioned jointly administered cases.

1. The Corporate Representative is the chief executive office of Debtors, Climate Control Mechanical Services, Inc., Base 3, LLC, The Alexander Group, LLC, and, Facility Performance, LLC (collectively, the "Debtors).

2. A list of all banking and financial accounts held in the name of any of the Debtors, individually, jointly, or otherwise, whether open or closed, since May 18, 2015, that are not authorized debtor in possession accounts (the "Non-DIP Accounts") is attached as Exhibit "A". The list identifies each financial institution, last four digits of the account number, titling of account, date opened, date closed, and signatory authority for each account.

3. Debtors have closed all Non-DIP Accounts and transferred any funds held in the Non-DIP Accounts to the appropriate debtor-in-possession account.

**I CERTIFY** under penalty of perjury that the information provided above and attached as Exhibit "A" is true and correct to the best of my knowledge and belief.

Date: January 5, 2018          /s/ Louie F. Wise
                               **LOUIE F. WISE**

## **CERTIFICATE OF SERVICE**

Date of Service: January 8, 2018

    I CERTIFY that on the date of service indicated above, the foregoing document and the attached Exhibit "A", was served by first class mail postage prepaid, on those listed on the matrix attached as Exhibit "B" who are non-CM/ECF users.

                                            RICHARD A. PERRY, P.A.
                                            Law Practice

                                            <u>/s/ Richard A. Perry</u>
                                            RICHARD A. PERRY
                                            Fla. Bar No. 394520
                                            820 East Fort King Street
                                            Ocala, Fl 34471-2320
                                            352-732-2299
                                            richard @ rapocala.com

                                            Attorney for Debtors

# EXHIBIT "A"
# LIST OF NON-DIP ACCOUNTS

==========================================

Financial Institution: CenterState Bank
Last Four Digits of the Account Number: 9014
Titling of Account: Climate Control Mechanical Services, Inc.
Date Opened: November 16, 2016
Date Closed: June 2, 2017
Signatory Authority: Louie F. Wise, III

==========================================

Financial Institution: CenterState Bank
Last Four Digits of the Account Number: 4132
Titling of Account: Climate Control Mechanical Services, Inc.
Date Opened: June 8, 2015
Date Closed: November 14, 2017
Signatory Authority: Ralph Pressley; Louie F. Wise, III

==========================================

Financial Institution: Campus USA Credit Union
Last Four Digits of the Account Number: 9720
Titling of Account: Climate Control Mechanical Services, Inc.
Date Opened: June 1, 2006
Date Closed: January 5, 2018
Signatory Authority: Louie F. Wise, III

==========================================

Financial Institution: Campus USA Credit Union
Last Four Digits of the Account Number: 1320
Titling of Account: Base 3, LLC
Date Opened: November 8, 2007
Date Closed: January 5, 2018
Signatory Authority: Louie F. Wise, III

==========================================

==========================================

Financial Institution: Community Bank & Trust of Florida
Last Four Digits of the Account Number: 0257
Titling of Account: Base 3, LLC
Date Opened: 2014
Date Closed: May 18, 2015
Signatory Authority: Louie F. Wise, III

Note: This financial institution has a lien on all assets of the debtors. Debtors attempted to close this account when the debtor in filed a voluntary petition on May 18, 2015. The bank advised that the account was administratively frozen and were essentially closed. It is believed the account was liquidated as part of a set off.

==========================================

Financial Institution: CenterState Bank
Last Four Digits of the Account Number: 9204
Titling of Account: The Alexander Group LLC
Date Opened: December 19, 2016
Date Closed: January 27, 2017
Signatory Authority: Ralph Pressley; Louie F. Wise, III

==========================================

Financial Institution: CenterState Bank
Last Four Digits of the Account Number: 4140
Titling of Account: Facility Performance, LLC
Date Opened: July 9, 2015
Date Closed: September 7, 2016
Signatory Authority: Ralph Pressley; Louie F. Wise, III

==========================================

Financial Institution: Renasant Bank
Last Four Digits of the Account Number: 6716
Titling of Account: Facility Performance, LLC
Date Opened: November 14, 2014
Date Closed: February 11, 2016
Signatory Authority: Louie F. Wise, III; Marcella Hughes

# EXHIBIT "B"
# MAILING MATRIX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:15-bk-02248-JAF<br>Middle District of Florida<br>Jacksonville<br>Mon Jan  8 14:57:40 EST 2018 | AAON, INC<br>2425 SOUTH YUKON AVE<br>Tulsa, OK 74107-2728 | ACOUSTI ENGINEERING COMPANY<br>OF FLORIDA<br>Tampa, FL 33610 |
| AEROTEK, INC.<br>7301 PARKWAY DRIVE<br>Hanover, MD 21076-1108 | AMERICAN DOOR & HARDWARE INC<br>1558 N MEADOW CREST BLVD<br>Crystal River FL 34429-5756 | AUTOMATED CONTROL<br>DBA JANET ZIMMERMAN<br>134 SW 140TH TERR<br>Newberry, FL 32669-3025 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BLUE CROSS BLUE SHIELD<br>P.O. BOX 44144<br>Jacksonville, FL 32231-4144 | BMB Enterprises, Inc.<br>c/o Catrina H. Markwalter, Esq.<br>Gillis Way Duncan & Campbell LLP<br>1022 Park Street, Suite 209<br>Jacksonville, FL 32204-3914 |
| BOUCHARD CLEARWATER<br>PO BOX 6090<br>Clearwater, FL 33758-6090 | BROOKS AIR SYSTEMS<br>11196 ST. JOHNS INDUSTRIAL<br>PKY SOUTH<br>Jacksonville, FL 32246-7649 | Brooks Air Systems<br>C/O Michael T. Fackler, Esq.<br>Milam Howard Nicandri Gillam & Renner, P<br>14 East Bay Street<br>Jacksonville, Florida 32202-3413 |
| CAMPBELL PLUMBING CONTRACTOR<br>SOUTHEAST, INC<br>11482-01 COLUMBIA PARK DR. W<br>Jacksonville, FL 32258-9488 | CARRIER FLORIDA<br>2000 PARK OAKS AVE<br>Orlando, FL 32808-5642 | CASCADE DRILLING, LP<br>PO BOX 31001-1417<br>Pasadena CA 91110-1417 |
| CASCADE WATER SERVICES, INC.<br>113 BLOOMINGDALE RD.<br>Hicksville, NY 11801-6547 | CENTRAL FLORIDA DRYWALL &<br>PLASTERING INC<br>Gainesville FL 32609 | CINTAS<br>PO BOX 630910<br>Cincinnati, OH 45263-0910 |
| CLARDY OIL<br>PO BOX 849<br>OCALA FL 34478-0849 | COMMUNITY BANK & TRUST<br>OF FLORIDA<br>PO BOX 1570<br>Ocala, FL 34478-1570 | COMP OPTIONS INSURANCE, INC.<br>PO BOX 862780<br>Orlando, FL 32886-2780 |
| Carrier Enterprise, LLC<br>c/o Scott S Sheffler<br>2707 W. Fairbanks Avenue, Suite 200<br>Winter Park, FL 32789-3342 | Ciraco Electric Inc.<br>c/o Andrew Roy<br>P.O. Box 1391<br>Bank of America Center<br>390 N. Orange Ave., Suite 1391<br>Orlando, FL 32801-1640 | Community Bank & Trust of Florida<br>c/o Thomas W. Cartwright<br>1301 NE 14th Street<br>Ocala FL  34470-4641 |
| Community Bank and Trust of Florida<br>c/o James H. Post, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202-4494 | Continental Casualty Company<br>c/o McRae & Metcalf, P.A.<br>306 S. Plant Avenue<br>Tampa, Florida 33606-2323 | Continental Casualty Company<br>c/o James S. Myers<br>McRae & Metcalf, P.A.<br>306 S. Plant Avenue<br>Tampa, Florida 33606-2323 |
| D&S ELECTRIC<br>TECHNOLOGIES, LLC.<br>1726 W. CYPRESS ST<br>Tampa, FL 33606-1016 | DEREK EMBODY & CO.<br>13902 N DALE MABRY HWY, STE 131<br>TAMPA FL 33618-2441 | Darryl Weary<br>c/o James L. Cannella, Jr.<br>Morgan & Morgan Atlanta, PLLC<br>P.O. Box 57007<br>Atlanta GA 30343-1007 |

| | | |
|---|---|---|
| Enterprise Fleet Management, Inc.<br>c/o Thomas Lobello, III, Esquire<br>Post Office Box 4400<br>Jacksonville, FL 32201-4400 | Ford Motor Credit Company<br>c/o Lawrence J Bernard<br>480 Busch Drive<br>Jacksonville, FL 32218-5553 | GRAYBAR ELECTRIC COMPANY, INC<br>PO BOX 7231<br>SAINT LOUIS MO 63177-1231 |
| GREAT LAKES CARPET<br>& TILE INC<br>13553 US HWY 441<br>LADY LAKE FL 32159-8906 | Gilbane Building Company<br>c/o John T. Rogerson, III<br>Adams and Reese LLP<br>501 Riverside Avenue, 7th Floor<br>Jacksonville, FL 32202-4934 | INTERNATIONAL SYSTEMS OF AMERICA<br>PO BOX 99529<br>LOUISVILLE KY 40269-0529 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | JIM THOMPSON PLUMBING, INC.<br>2315 NE 8TH ROAD<br>OCALA FL 34470-4224 | KIRLAND CONCRETE<br>PO BOX 406<br>LA CROSSE FL 32658-0406 |
| MAXWELL LIGHTING PROTECTION OF FL<br>PO BOX 22683<br>ORLANDO FL 32830-2683 | Mateer & Harbert, P.A.<br>c/o Chad K. Alvaro, Esquire<br>225 E. Robinson Street<br>Post Office Box 2854 (32802)<br>Orlando, Florida 32802-2854 | Nelson & Company<br>3914 Beach Blvd.<br>Jacksonville, FL 32207-4758 |
| Nelson & Company, LC<br>c/o Adina L. Pollan, Esq.<br>Gillis Way Duncan & Campbell LLP<br>1022 Park Street, Suite 209<br>Jacksonville, FL 32204-3914 | OMS STAFF SOLUTIONS II<br>26 LAKE WIRE DR STE 1<br>LAKELAND FL 33815-1523 | PIPELINE MECHANICAL<br>30901 SUNEAGLE DRIVE<br>MOUNT DORA FL 32757-9784 |
| Pamela Ann Harris<br>c/o J. Herbert Williams, P.A.<br>702 S. Magnolia Ave, Suite 2<br>Ocala, FL 34471-0987 | QUALITY BUILDING CONTROLS<br>10011 WILLIAMS RD<br>Tampa, FL 33624-5047 | RAYMOW CONSTRUCTION COMPANY<br>101 DUNBAR AVE SUITE F<br>Oldsmar, FL 34677-2975 |
| REXEL, INC.<br>DEPT. AT 952726<br>ATLANTA GA 31192-2726 | RO-MAC LUMBER & SUPPLY<br>700 EAST MAIN STREET<br>LEESBURG FL 34748-5392 | SIMPLEX GRINNELL<br>DEPT CH 10320<br>PALATINE IL 60055-0320 |
| SOUTHERN INDEPENDENT<br>TEST AND BALANCE<br>140A WHITAKER RD<br>Lutz, FL 33549-5615 | STAN WEAVER & CO, INC<br>5220 W BEAVER ST<br>JACKSONVILLE FL 32254-2911 | SUN PLUMBING & MECHANICAL SYS INC<br>429 N RIDGEWOOD AVE<br>EDGEWATER FL 32132-1647 |
| Skanska USA Building, Inc.<br>c/o Ryan E. Davis, Esq.<br>P.O. Box 1391<br>Orlando, FL 32802-1391 | Stan Weaver & Company, Inc.<br>5220 West Beaver Street<br>Jacksonville, FL 32254-2911 | Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 |
| THE BANCORP BANK<br>DBA: TBBK LEASING<br>PO BOX 585550<br>Orlando, FL 32858-5550 | THE BARFIELD GROUP<br>6512 NW 39TH AVE<br>GAINESVILLE FL 32606-5734 | TRADESMEN INTERNATIONAL, INC<br>9760 SHEPARD ROAD<br>Macedonia, OH 44056-1124 |

| | | |
|---|---|---|
| TRANE ORLANDO PARTS<br>PO BOX 406469<br>Atlanta, GA 30384-6469 | TRANE, INC<br>PO BOX 403271<br>Atlanta, GA 30384-3271 | TREGOING INDUSTRIES<br>PO BOX 1316<br>Macclenny, FL 32063-1316 |
| TRI ED<br>822 CLAY STREET<br>WINTER PARK FL 32789-5464 | The Bancorp Bank<br>c/o Richard R. Thames, Esq.<br>Thames Markey & Heekin, P.A.<br>50 North Laura Street, Suite 1600<br>Jacksonville, Florida 32202-3614 | The Robins & Morton Group<br>c/o Edwin G. Rice<br>Bradley Arant Boult Cummings LLP<br>100 S. Ashley Drive, Suite 1300<br>Tampa, Florida 33602-5309 |
| Tregoning Industries Corporation d/b/a Trego<br>C/O Albert T. Franson<br>1400 Prudential Drive, Suite 5<br>Jacksonville, FL 32207-8177 | Tregoning Industries, Inc.<br>c/o Albert T. Franson, Esq.<br>Franson, Iseley & Rendzio, P.A.<br>1400 Prudential Drive, Suite 5<br>Jacksonville, FL 32207-8177 | UNITED MASONRY, INC.<br>13096 SE US HWY 301<br>BELLEVIEW FL 34420-4487 |
| UNITED SALES OF OCALA<br>543 NW 21ST STREET<br>OCALA FL 34475-9222 | ZURICH AMERICAN<br>1400 AMERICAN LN<br>Schaumburg, IL 60196-5452 | Zurich American Insurance Company<br>c/o Alberta Adams Campbell<br>MILLS PASKERT DIVERS<br>100 North Tampa Street, Suite 3700<br>Tampa, FL 33602-5835 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BANK OF AMERICA
PO BOX 982238
El Paso, TX 79998-2238

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)D&S ELECTRIC TECHNOLOGIES, LLC
1726 W CYPRESS ST
TAMPA FL 33606-1016

End of Label Matrix
Mailable recipients    71
Bypassed recipients     1
Total                  72