UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Climate Control Mechanical
Services, Inc.,                              Case No. 3:15-bk-02248-JAF

                                                 Jointly Administered with
Base 3, LLC,                                    Case No. 3:15-bk-02249-JAF
The Alexander Group, LLC,           Case No. 3:15-bk-02250-JAF
Facility Performance, LLC,            Case No. 3:15-bk-05021-JAF

     Debtors.                               Chapter 11
_____/

## UNITED STATES TRUSTEE'S WITNESS LIST

COMES NOW, Daniel M. McDermott, United States Trustee for Region 21, by and through his undersigned counsel, and files this witness list[1] pursuant to the Order Scheduling Trial entered on January 16, 2018 (Doc. No.: 557) on the United States Trustee's Motion to Appoint Trustee or in the Alternative to Convert to Chapter 7 the Cases of Climate Control Mechanical Services, Inc.; Base 3, LLC; The Alexander Group LLC; and Facility Performance, LLC (Doc. No.: 553). The following witnesses may be called by the United States Trustee during the trial currently scheduled on January 31, 2018 at 10:00 a.m.:

1. Louie Wise, III
   c/o Climate Control Mechanical Services, Inc.
   P.O. Box 3038
   Ocala, FL  34478;

2. Paul M. Dumm, CPA/ABV/CFF, CFE
   Morrison Valuation & Forensic Services, LLC

---

[1] The United States Trustee reserves the right to amend and supplement this list.

  934 N. Magnolia Avenue, Suite 199
  Orlando, FL  32803;

3. Any witness called by the Debtors; and

4. Any witness identified by any other party.

DATED:  January 17, 2018.

        RESPECTFULLY SUBMITTED,

        DANIEL M. MCDERMOTT
        UNITED STATES TRUSTEE
        REGION 21

        */s/ Miriam G. Suarez*
        Miriam G. Suarez, Trial Attorney
        Florida Bar No.: 756105
        United States Department of Justice
        Office of the United States Trustee
        400 W. Washington Street, Suite 1100
        Orlando, FL  32801
        Telephone No.:   (407) 648-6301, Ext. 137
        Facsimile No.:    (407) 648-6323
        Email: Miriam.G.Suarez@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing United States Trustee's Witness List was served on January 17, 2018 on all parties appearing electronically via CM/ECF, and via First Class United States Mail on the following:

Climate Control Mechanical Services, Inc.  
P.O. Box 3038  
Ocala, FL  34478

Base 3, LLC  
P.O. Box 3038  
Ocala, FL  34478

Alexander Group, LLC  
P.O. Box 3038  
Ocala, FL  34478

Facility Performance, LLC  
P.O. Box 3038  
Ocala, FL  34478

Paul M. Dumm, CPA/ABV/CFF, CFE  
Morrison Valuation & Forensic Services, LLC  
934 N. Magnolia Avenue, Suite 199  
Orlando, FL  32803

                                    */s/ Miriam G. Suarez*  
                                Miriam G. Suarez, Trial Attorney