ORDERED.

**Dated:  January 18, 2018**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

|  |  |
|---|---|
|  | Chapter 11 |
| CLIMATE CONTROL MECHANICAL SERVICES, INC., | Case No.:  3:15-bk-2248-JAF |
| BASE 3, LLC, | Case No.:  3:15-bk-2249-JAF |
| THE ALEXANDER GROUP, LLC | Case No.:  3:15-bk-2250-JAF |
| FACILITY PERFORMANCE, LLC | Case No.:  3:15-bk-5021-JAF |
|  |  |
| Debtors. | JOINTLY ADMINISTERED |

_____/

## <u>ORDER ON STANDING</u>

This case is before the Court on the Brief on Standing filed by Debtors CLIMATE CONTROL MECHANICAL SERVICES, INC.; BASE 3, LLC; THE ALEXANDER GROUP, LLC ("Alexander Group"); and FACILITY PERFORMANCE, LLC (collectively the "Debtors") (Doc. 535), as well as the Response to the Brief on Standing filed by Creditor CIRACO ELECTRIC INC. ("Ciraco") (Doc. 555).

The Debtors are related entities and are represented by the same law firm; each case is jointly administered under case no. 3:15-bk-2248.  The Brief on Standing was filed in response to the Court's invitation (Doc. 546) for Debtors to address Ciraco's Article III standing to bring its

Emergency Motion to Appoint a Chapter 11 Trustee or Convert Cases to Chapter 7 (the "Emergency Motion") (Doc. 507), which was filed on November 2, 2017.  Ciraco is a creditor in the Alexander Group's case (3:15-bk-2250), but is not a creditor or an interested party in the other joint cases.  Yet, Ciraco's Emergency Motion applies to all four Debtors.

After Ciraco filed its Emergency Motion and after Debtors filed their Brief on Standing, the United States Trustee filed his own Motion to Appoint Chapter 11 Trustee or Convert to Chapter 7 (the "U.S. Trustee's Motion") (Doc. 554).  The U.S. Trustee's Motion was filed on January 12, 2017.  The Emergency Motion and the U.S. Trustee's Motion appear to broadly mirror one another and seek essentially the same relief.  There is no dispute that the U.S. Trustee has Article III standing to bring his motion in all of the joint cases.  Further, there is no dispute that Ciraco has Article III standing to bring its Emergency Motion in the Alexander Group's case.  The only point of contention is whether Ciraco has standing to bring its Emergency Motion in the cases *other than* the Alexander Group's case.  A trial is set for Ciraco's Emergency Motion and the U.S. Trustee's Motion (collectively "the Motions") on January 31, 2018.

In light of the filing of the U.S. Trustee's Motion, the remaining question of Ciraco's Article III standing is, under the circumstances, moot as a matter of practicality.  Given the nature of the claims raised in the Motions, while Ciraco may not be an interested party in all of the joint cases generally, Ciraco has an interest in all cases to the extent the issues involved in the Motions overlap and are identical across all the cases.  That is, the import of these issues/allegations is functionally the same from case to case and Ciraco has standing in the Alexander Group's case.  Thus, Ciraco may be heard (and present evidence) on the issues raised in its Emergency Motion.

It is so ORDERED.