UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

| | |
|---|---|
| Climate Control Mechanical Services, Inc., | Case 3:15-bk-02248-JAF |
| | Jointly Administered with |
| Base 3, LLC, | Case 3:15-bk-02249-JAF |
| The Alexander Group, LLC, | Case 3:15-bk-02250-JAF |
| Facility Performance, LLC, | Case 3:15-bk-05021-JAF |
| Debtors. | Chapter 11 |

## WITNESS LIST FOR DEBTORS

This Witness List is submitted for the trial on the United States Trustee's Motion to Appoint Trustee or in the Alternative to Convert to Chapter 7 the Cases of Climate Control Mechanical Services, Inc.; Base 3, LLC; The Alexander Group LLC; and Facility Performance, LLC [Doc. # 554]. The trial is scheduled for January 31, 2018 at 10:00 a.m.

1. Louie F. Wise, III
   Chief Executive Officer of the Debtors

2. Larry A. Booth, Jr. a/k/a Al Booth
   Chief Financial Officer of the Debtors

3. Ralph Pressley Jr.
   Former Chief Financial Officer of the Debtors

4. Any witness listed or called by any other interested party.

RICHARD A. PERRY, P.A.
Law Practice

/s/ Richard A. Perry
RICHARD A. PERRY
Fla. Bar No. 394520
820 East Fort King Street
Ocala, Florida 34471-2320
352-732-2299
richard @ rapocala.com

Attorney for Debtors