

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/31/2018 10:00 AM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:15-bk-02248-JAF | 11 | 05/18/2015 |

Chapter 11

**DEBTOR:** Climate Control Mechanical Services, Inc.

**DEBTOR ATTY:** Richard Perry

**TRUSTEE:** NA

**HEARING:**

1. TRIAL ON Motion to Appoint Trustee or, in the Alternative, Convert Cases to Chapter 7 Filed by C Andrew Roy on behalf of Creditor Ciraco Electric Inc. (Attachments: # [1] Comp. Ex. A - CC 2015 Account # [2] Comp. Ex. B - Facility Account # [3] Comp. Ex. C - CC 2016 Account # [4] Comp. Ex. D - AG Account # [5] Comp. Ex. E - NH Account) (Roy, C) Doc #507
2. TRIAL ON Motion to Appoint Trustee or in the Alternative, Convert to Chapter 7 the Cases of Climate Control Mechanical Services, Inc., Base 3, LLC, The Alexander Group, LLC, and Facility Performance, LLC Filed by U.S. Trustee United States Trustee - JAX 11 (related document(s)[553]). (Suarez, Miriam) Doc #554

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:** 1 & 2. UNDER ADVISEMENT SIMULTANEOUS SUBMISSION OF ARGUMENTS IN 10 DAYS ORD IN DUE COURSE
1. TRIAL ON Motion to Appoint Trustee or, in the Alternative, Convert Cases to Chapter 7 Filed by C Andrew Roy on behalf of Creditor Ciraco Electric Inc. (Attachments: # [1] Comp. Ex. A - CC 2015 Account # [2] Comp. Ex. B - Facility Account # [3] Comp. Ex. C - CC 2016 Account # [4] Comp. Ex. D - AG Account # [5] Comp. Ex. E - NH Account) (Roy, C) Doc #507

2. TRIAL ON Motion to Appoint Trustee or in the Alternative, Convert to Chapter 7 the Cases of Climate Control Mechanical Services, Inc., Base 3, LLC, The Alexander Group, LLC, and Facility Performance, LLC Filed by U.S. Trustee United States Trustee - JAX 11 (related document(s)[553]). (Suarez, Miriam) Doc #554
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket