UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Climate Control Mechanical Services, Inc. | Case 3:15-bk-02248-JAF |
| | (Jointly Administered With) |
| Base 3, LLC | Case 3:15-bk-02249-JAF |
| The Alexander Group, LLC | Case 3:15-bk-02250-JAF |
| Facility Performance, LLC | Case 3:15-bk-05021-JAF |
| Debtors. | Chapter 11 |

APPLICABLE DEBTOR

| | |
|---|---|
| Climate Control Mechanical Services, Inc. | Case 3:15-bk-02248-JAF |

**MOTION TO APPROVE SETTLEMENT
AGREEMENT IN ADVERSARY PROCEEDING 3:15-ap-00352-RAC**

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest filed an objection within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three (3) days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at the United States Bankruptcy Court, Jacksonville Division, 300 North Hogan Street, Suite 3-150 Jacksonville, Florida 32202, and serve a copy on the debtor's attorney, Richard A. Perry, at 820 East Fort King Street, Ocala, Fl 34471-2320, and any other appropriate persons. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Debtor, Climate Control Mechanical Services, Inc. ("Climate Control"), seeks entry of an order approving a settlement agreement reached between the parties in adversary proceeding 3:15-ap-00352-RAC.

1. Climate Control filed adversary proceeding 3:15-ap-00352-RAC to recover from Continental Casualty Company ("Continental Casualty") on a construction bond insuring Elkins Constructions, Inc. involving construction projects known as St. Johns County Florida School "HH" and "II" (the "Construction Projects"). Debtor CCMS and Continental are the only parties to the litigation.

2. Climate Control and Continental Casualty have entered into a settlement agreement dated February 6, 2018 (the "Continental Casualty Settlement Agreement") to resolve all outstanding litigation in adversary proceeding 3:15-ap-00352-RAC.

3. A copy of the Continental Casualty Settlement Agreement is attached as Exhibit "A". The agreement provides, among other things, that:

   a. The Continental Casualty Settlement Agreement is subject to approval by this Court;

   b. Upon approval of the Continental Casualty Settlement Agreement by this Court, Continental Casualty will make payment to Climate Control the sum of $1,150,000.00 in complete satisfaction of all claims against Continental Casualty arising out of the Construction Projects; and,

   c. Climate Control and Continental Casualty will execute a joint stipulation to dismiss adversary proceeding 3:15-ap-00352-RAC and execute corresponding releases.

4. Community Bank and Trust of Florida ("Community Bank") holds claim 39 in

the Climate Control claims registry. To resolve claims litigation, cash collateral issues, adequate protection and, plan treatment, Community Bank and Climate Control entered into a settlement agreement ("Bank Settlement Agreement") . Climate Control sought approval of the Bank Settlement Agreement and filed a pleading titled *Motion to Approve Settlement Between Debtors and Community Bank and Trust of Florida* dated February 5, 2016 [Doc.#278]. The Court entered an order dated May 13, 2016 and titled *Order Approving Settlement Agreement Between Debtors and Community Bank and Trust of Florida* [Doc.#351] which approved the Bank Settlement Agreement. The Bank Settlement Agreement provides, among other things, that:

    a. Claim 39 is allowed as a secured claim in the amount of $1,854,632.05. It is also an allowed secured claim for the same amount in each of the other jointly administered cases;

    b. The secured claims of Community Bank are secured by all tangible and intangible property of all of the debtors in the four jointly administered cases including accounts receivables and causes of action to recover claims held by the debtors.

    c. Climate Control and the other debtors in these jointly administered cases are collectively required to make monthly adequate protection payments each month in the amount of $25,000.00;

    d. Climate Control is authorized to use cash collateral to fund the costs and attorney fees in adversary proceeding 3:15-ap-00352-RAC; and,

    e. Climate Control is required to pay all funds recovered from Continental Casualty in adversary proceeding 3:15-ap-00352-RAC to Community Bank to partially satisfy the secured claims of Community Bank.

5. Community Bank participated in the mediation which resulted in the Continental Casualty Settlement Agreement and has expressed a desire to renegotiate the Bank Settlement Agreement upon the complete resolution of adversary proceeding 3:15-ap-00352-RAC . Community Bank is among other things reviewing a significant reduction in monthly adequate production payments and granting permission to Climate Control to use a portion of the funds recovered to pay attorney fees and costs. However, due to internal procedures Community Bank has no definitive offer to reduce payments or permit use of settlement funds for attorney fees and costs as of the date of this motion.

6. The approval of the Continental Casualty Settlement Agreement is in the best interest of all creditors and parties in interest in these jointly administered cases. The approval will result in a large reduction in the total amount of claims owed by each of the debtors in these jointly administered cases. Further, this will also likely result in lower adequate protection payments to Community Bank which will free up cash flow to pay claims.

7. This motion is made solely for the purpose of obtaining approval of the Continental Casualty Settlement Agreement. This motion *is not* made for the purpose of determining who is entitled to the funds derived from the settlement including compensation of special counsel, modification of any adequate protection agreement or lien rights held by Community Bank, or, distribution to any of the Debtors. Those matters will be addressed separately by motion or application, upon approval of the settlement.

WHEREFORE, Climate Control seeks entry of an order approving the

Continental Casualty Settlement Agreement.

                        RICHARD A. PERRY, P.A.
                        Law Firm

                        /s/ Richard A. Perry
                        RICHARD A. PERRY
                        Fla. Bar No. 394520
                        820 East Fort King Street
                        Ocala, Florida 34471-2320
                        (352) 732-2299
                        richard @ rapocala.com

                        Attorney for Debtors

## CERTIFICATE OF SERVICE

**DATE:** February 9, 2018

**I CERTIFY** that, on the date set forth above, a copy of the foregoing has been served by U.S. Mail, first class, postage prepaid or by electronic notice using Case Management/Electronic Case Filing ("CM/ECF") provided by the Clerk of the United States Bankruptcy Court for the Middle District of Florida, on upon:  United States Trustee, 400 W Washington Street, Suite 1100, Orlando, Fl 32801-2217; Special Counsel for Climate Control, Edward J. Kinberg of Widerman Malek Attorneys at Law, 1990 W New Haven Avenue, Ste. 201, Melbourne, Florida 32904; and, all those parties on the attached list marked as Exhibit "B".

                        /s/ Richard A. Perry
                        RICHARD A. PERRY
                        Fla. Bar No. 394520
                        Attorney for Debtors

# EXHIBIT "A"

# Continental Casualty Settlement Agreement

SETTLEMENT AGREEMENT

In Re: Climate Control Mechanical Services, Inc. ("CCMS")
Case # #:15-ap-00352-JAF
U.S. Bankruptcy Court
M. D Fla.
Jacksonville Division

February 6, 2018

For and in consideration of the mutual covenants set forth below, the parties hereto agree as follows:

1) This Agreement is subject to approval by the above described Bankruptcy Court. The undersigned counsel shall fully cooperate to file appropriate motions and stipulations, and use their best efforts to secure such approval.
2) Continental Casualty Company ("Continental") shall pay CCMS the total sum of $1,150,000 in full and final settlement of all claims CMMS may have against Elkins Constructions, Inc. and Continental involving those certain construction projects known as St. Johns County Florida School "HH" and "II". Such payment to be made on or before 10 days following Bankruptcy Court approval.
3) Each party shall execute and file a Joint Stipulation for Dismissal with Prejudice of this action, and execute corresponding releases.

_____
Climate Control Mechanical Services, Inc

_____
Continental Casualty Company

_____
Counsel

_____
Counsel

# EXHIBIT "B"

# MAILING MATRIX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:15-bk-02248-JAF<br>Middle District of Florida<br>Jacksonville<br>Thu Feb 8 14:00:39 EST 2018 | AAON, INC<br>2425 SOUTH YUKON AVE<br>Tulsa, OK 74107-2728 | ACOUSTI ENGINEERING COMPANY<br>OF FLORIDA<br>Tampa, FL 33610 |
| AEROTEK, INC.<br>7301 PARKWAY DRIVE<br>Hanover, MD 21076-1108 | AMERICAN DOOR & HARDWARE INC<br>1558 N MEADOW CREST BLVD<br>Crystal River FL 34429-5756 | AUTOMATED CONTROL<br>DBA JANET ZIMMERMAN<br>134 SW 140TH TERR<br>Newberry, FL 32669-3025 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BLUE CROSS BLUE SHIELD<br>P.O. BOX 44144<br>Jacksonville, FL 32231-4144 | BMB Enterprises, Inc.<br>c/o Catrina H. Markwalter, Esq.<br>Gillis Way Duncan & Campbell LLP<br>1022 Park Street, Suite 209<br>Jacksonville, FL 32204-3914 |
| BOUCHARD CLEARWATER<br>PO BOX 6090<br>Clearwater, FL 33758-6090 | BROOKS AIR SYSTEMS<br>11196 ST. JOHNS INDUSTRIAL<br>PKY SOUTH<br>Jacksonville, FL 32246-7649 | Brooks Air Systems<br>C/O Michael T. Fackler, Esq.<br>Milam Howard Nicandri Gillam & Renner, P<br>14 East Bay Street<br>Jacksonville, Florida 32202-3413 |
| CAMPBELL PLUMBING CONTRACTOR<br>SOUTHEAST, INC<br>11482-01 COLUMBIA PARK DR. W<br>Jacksonville, FL 32258-9488 | CARRIER FLORIDA<br>2000 PARK OAKS AVE<br>Orlando, FL 32808-5642 | CASCADE DRILLING, LP<br>PO BOX 31001-1417<br>Pasadena CA 91110-1417 |
| CASCADE WATER SERVICES, INC.<br>113 BLOOMINGDALE RD.<br>Hicksville, NY 11801-6547 | CENTRAL FLORIDA DRYWALL &<br>PLASTERING INC<br>Gainesville FL 32609 | CINTAS<br>PO BOX 630910<br>Cincinnati, OH 45263-0910 |
| CLARDY OIL<br>PO BOX 849<br>OCALA FL 34478-0849 | COMMUNITY BANK & TRUST<br>OF FLORIDA<br>PO BOX 1570<br>Ocala, FL 34478-1570 | COMP OPTIONS INSURANCE, INC.<br>PO BOX 862780<br>Orlando, FL 32886-2780 |
| Carrier Enterprise, LLC<br>c/o Scott S Sheffler<br>2707 W. Fairbanks Avenue, Suite 200<br>Winter Park, FL 32789-3342 | Ciraco Electric Inc.<br>c/o Andrew Roy<br>P.O. Box 1391<br>Bank of America Center<br>390 N. Orange Ave., Suite 1391<br>Orlando, FL 32801-1640 | Community Bank & Trust of Florida<br>c/o Thomas W. Cartwright<br>1301 NE 14th Street<br>Ocala FL 34470-4641 |
| Community Bank and Trust of Florida<br>c/o James H. Post, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202-4494 | Continental Casualty Company<br>c/o McRae & Metcalf, P.A.<br>306 S. Plant Avenue<br>Tampa, Florida 33606-2323 | Continental Casualty Company<br>c/o James S. Myers<br>McRae & Metcalf, P.A.<br>306 S. Plant Avenue<br>Tampa, Florida 33606-2323 |
| D&S ELECTRIC<br>TECHNOLOGIES, LLC.<br>1726 W. CYPRESS ST<br>Tampa, FL 33606-1016 | DEREK EMBODY & CO.<br>13902 N DALE MABRY HWY, STE 131<br>TAMPA FL 33618-2441 | Darryl Weary<br>c/o James L. Cannella, Jr.<br>Morgan & Morgan Atlanta, PLLC<br>P.O. Box 57007<br>Atlanta GA 30343-1007 |

| | | |
|---|---|---|
| Enterprise Fleet Management, Inc.<br>c/o Thomas Lobello, III, Esquire<br>Post Office Box 4400<br>Jacksonville, FL 32201-4400 | Ford Motor Credit Company<br>c/o Lawrence J Bernard<br>480 Busch Drive<br>Jacksonville, FL 32218-5553 | GRAYBAR ELECTRIC COMPANY, INC<br>PO BOX 7231<br>SAINT LOUIS MO 63177-1231 |
| GREAT LAKES CARPET<br>& TILE INC<br>13553 US HWY 441<br>LADY LAKE FL 32159-8906 | Gilbane Building Company<br>c/o John T. Rogerson, III<br>Adams and Reese LLP<br>501 Riverside Avenue, 7th Floor<br>Jacksonville, FL 32202-4934 | INTERNATIONAL SYSTEMS OF AMERICA<br>PO BOX 99529<br>LOUISVILLE KY 40269-0529 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | JIM THOMPSON PLUMBING, INC.<br>2315 NE 8TH ROAD<br>OCALA FL 34470-4224 | KIRLAND CONCRETE<br>PO BOX 406<br>LA CROSSE FL 32658-0406 |
| MAXWELL LIGHTING PROTECTION OF FL<br>PO BOX 22683<br>ORLANDO FL 32830-2683 | Mateer & Harbert, P.A.<br>c/o Chad K. Alvaro, Esquire<br>225 E. Robinson Street<br>Post Office Box 2854 (32802)<br>Orlando, Florida 32802-2854 | Nelson & Company<br>3914 Beach Blvd.<br>Jacksonville, FL 32207-4758 |
| Nelson & Company, LC<br>c/o Adina L. Pollan, Esq.<br>Gillis Way Duncan & Campbell LLP<br>1022 Park Street, Suite 209<br>Jacksonville, FL 32204-3914 | OMS STAFF SOLUTIONS II<br>26 LAKE WIRE DR STE 1<br>LAKELAND FL 33815-1523 | PIPELINE MECHANICAL<br>30901 SUNEAGLE DRIVE<br>MOUNT DORA FL 32757-9784 |
| Pamela Ann Harris<br>c/o J. Herbert Williams, P.A.<br>702 S. Magnolia Ave, Suite 2<br>Ocala, FL 34471-0987 | QUALITY BUILDING CONTROLS<br>10011 WILLIAMS RD<br>Tampa, FL 33624-5047 | RAYMOW CONSTRUCTION COMPANY<br>101 DUNBAR AVE SUITE F<br>Oldsmar, FL 34677-2975 |
| REXEL, INC.<br>DEPT. AT 952726<br>ATLANTA GA 31192-2726 | RO-MAC LUMBER & SUPPLY<br>700 EAST MAIN STREET<br>LEESBURG FL 34748-5392 | SIMPLEX GRINNELL<br>DEPT CH 10320<br>PALATINE IL 60055-0320 |
| SOUTHERN INDEPENDENT<br>TEST AND BALANCE<br>140A WHITAKER RD<br>Lutz, FL 33549-5615 | STAN WEAVER & CO, INC<br>5220 W BEAVER ST<br>JACKSONVILLE FL 32254-2911 | SUN PLUMBING & MECHANICAL SYS INC<br>429 N RIDGEWOOD AVE<br>EDGEWATER FL 32132-1647 |
| Skanska USA Building, Inc.<br>c/o Ryan E. Davis, Esq.<br>P.O. Box 1391<br>Orlando, FL 32802-1391 | Stan Weaver & Company, Inc.<br>5220 West Beaver Street<br>Jacksonville, FL 32254-2911 | Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 |
| THE BANCORP BANK<br>DBA: TBBK LEASING<br>PO BOX 585550<br>Orlando, FL 32858-5550 | THE BARFIELD GROUP<br>6512 NW 39TH AVE<br>GAINESVILLE FL 32606-5734 | TRADESMEN INTERNATIONAL, INC<br>9760 SHEPARD ROAD<br>Macedonia, OH 44056-1124 |

| | | |
|---|---|---|
| TRANE ORLANDO PARTS<br>PO BOX 406469<br>Atlanta, GA 30384-6469 | TRANE, INC<br>PO BOX 403271<br>Atlanta, GA 30384-3271 | TREGOINING INDUSTRIES<br>PO BOX 1316<br>Macclenny, FL 32063-1316 |
| TRI ED<br>822 CLAY STREET<br>WINTER PARK FL 32789-5464 | The Bancorp Bank<br>c/o Richard R. Thames, Esq.<br>Thames Markey & Heekin, P.A.<br>50 North Laura Street, Suite 1600<br>Jacksonville, Florida 32202-3614 | The Robins & Morton Group<br>c/o Edwin G. Rice<br>Bradley Arant Boult Cummings LLP<br>100 S. Ashley Drive, Suite 1300<br>Tampa, Florida 33602-5309 |
| Tregoning Industries Corporation d/b/a Trego<br>C/O Albert T. Franson<br>1400 Prudential Drive, Suite 5<br>Jacksonville, FL 32207-8177 | Tregoning Industries, Inc.<br>c/o Albert T. Franson, Esq.<br>Franson, Iseley & Rendzio, P.A.<br>1400 Prudential Drive, Suite 5<br>Jacksonville, FL 32207-8177 | UNITED MASONRY, INC.<br>13096 SE US HWY 301<br>BELLEVIEW FL 34420-4487 |
| UNITED SALES OF OCALA<br>543 NW 21ST STREET<br>OCALA FL 34475-9222 | ZURICH AMERICAN<br>1400 AMERICAN LN<br>Schaumburg, IL 60196-5452 | Zurich American Insurance Company<br>c/o Alberta Adams Campbell<br>MILLS PASKERT DIVERS<br>100 North Tampa Street, Suite 3700<br>Tampa, FL 33602-5835 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BANK OF AMERICA
PO BOX 982238
El Paso, TX 79998-2238

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)D&S ELECTRIC TECHNOLOGIES, LLC
1726 W CYPRESS ST
TAMPA FL 33606-1016

End of Label Matrix
Mailable recipients    71
Bypassed recipients     1
Total                  72