UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Climate Control Mechanical<br>Services, Inc., | Chapter 11<br>Case No. 3:15-bk-02248-JAF |
| | Jointly Administered with |
| Base 3, LLC, | Case No. 3:15-bk-02249-JAF |
| The Alexander Group, LLC, | Case No. 3:15-bk-02250-JAF |
| Facility Performance, LLC, | Case No. 3:15-bk-05021-JAF |
| Debtors. | |

_____/

**UNITED STATES TRUSTEE'S MOTION TO STRIKE
COMMUNITY BANK & TRUST OF FLORIDA'S BRIEF IN OPPOSITION
TO THE UNITED STATES TRUSTEE'S MOTION TO APPOINT A TRUSTEE
OR, IN THE ALTERNATIVE, TO CONVERT CASES TO CHAPTER 7 (DOC. NO. 589)**

Daniel M. McDermott, United States Trustee for Region 21 ("United States Trustee"), by

and through his undersigned counsel, moves to strike Community Bank & Trust of Florida's Brief

in Opposition to the United States Trustee's Motion to Appoint a Trustee or, in the Alternative, to

Convert Cases to Chapter 7 (Doc. No. 589).  In support, the United States Trustee states as follows:

1.      On January 31, 2018, the Court held a final evidentiary hearing on motions to

appoint a chapter 11 trustee or convert to chapter 7 the cases of Climate Control Mechanical

Services, Inc., Base 3, LLC, The Alexander Group LLC, and Facility Performance, LLC filed by

the United States Trustee (Doc. No. 554; "United States Trustee's Motion") and Ciraco Electric,

Inc. (Doc. No. 507).  The evidence in these matters, presented by the United States Trustee, Ciraco

Electric, Inc., and the Debtors, was completed at the final evidentiary hearing.

1

2.      At the conclusion of the evidence, the Court took the matters under advisement and directed counsel to simultaneously submit written arguments to the Court in ten days.  The tenth day following the final evidentiary hearing fell on Saturday, February 10, 2018; accordingly, the deadline for filing the written argument was Monday, February 12, 2018.[1]

3.      On February 12, 2018, counsel for the United States Trustee, Ciraco Electric, Inc., and the Debtors each submitted timely written closing arguments as directed by the Court.

4.      At the final evidentiary hearing on January 31, 2018, Thomas W. Cartwright ("Mr. Cartwright") entered a telephonic appearance as counsel for Community Bank and Trust of Florida ("Community Bank").  Mr. Cartwright did not present evidence or otherwise participate in the final evidentiary hearing.

5.      On February 13, 2018, Mr. Cartwright on behalf of Community Bank filed a Brief in Opposition (Doc. No. 589; "Brief of Community Bank") to the United States Trustee's Motion.

6.      In the Brief of Community Bank, counsel recites that, "[a]t the end of the session the Court gave the parties 10 days to file briefs in support of their respective positions."   While counsel acknowledges the ten day deadline set by the Court, he failed to comply with the deadline and thereby, the filing was not simultaneous with the other parties as specifically directed by the Court.  In addition, the Court asked the parties to file written argument, not a brief.

7.      The Brief of Community Bank was not filed by the deadline set by the Court or in the form directed by the Court at the conclusion of the final evidentiary hearing and was filed after the conclusion of the evidence.

---

[1] Fed. R. Bankr. P. 9006(a)(1)(C) provides that when the last day for computing any time period in a court order is a Saturday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

WHEREFORE, the United States Trustee requests that the Court grant this Motion, strike the Brief of Community Bank, and grant such other relief as is necessary and just.

DATED:  February 20, 2018

Respectfully submitted,
DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE
Region 21

/s/  Miriam G. Suarez
Miriam G. Suarez, Trial Attorney
Florida Bar No.:  756105
Office of the United States Trustee
U.S. Department of Justice
George C. Young Federal Building
400 W. Washington Street, Suite 1100
Orlando, FL 32801
Telephone No.:   (407) 648-6301, Ext. 126
Facsimile No.:   (407) 648-6323
Miriam.G.Suarez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2018, I caused a true and correct copy of the foregoing Written Argument to be served electronically through CM/ECF to all parties having appeared electronically in the instant matter and by U.S. Mail, postage prepaid, on the following:

Climate Control Mechanical
Services, Inc.
P.O. Box 3038
Ocala, FL 34478

Thomas W. Cartwright,
Counsel for Community Bank & Trust of Florida
1301 NE 14th Street
Ocala, FL 34470-4641

Base 3, LLC
P.O. Box 3038
Ocala, FL 34478

Facility Performance, LLC
P.O. Box 3038
Ocala, FL 34478

Alexander Group, LLC
P.O. Box 3038
Ocala, FL 34478

/s/  Miriam G. Suarez
Miriam G. Suarez, Trial Attorney