**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| CLIMATE CONTROL MECHANICAL ) | Case No. 3:15-bk-02248-JAF |
| SERVICES, INC. | |
| ) | |
| | Jointly Administered with |
| BASE 3, LLC. ) | Case No. 3:15-bk-02249-JAF |
| THE ALEXANDER GROUP, LLC. | Case No. 3:15-bk-02250-JAF |
| FACILITY PERFORMANCE, LLC, ) | Case No. 3:15-bk-05021-JAF |
| Debtors. ) | Chapter 11 |

**NOTICE OF WITHDRAWAL FROM CASE**
**AND REQUEST TO STOP ELECTRONIC NOTICE**

James H. Post files this notice of withdrawal from the case and request to stop electronic notice as counsel for Community Bank & Trust of Florida.

SMITH HULSEY & BUSEY

By  */s/ James H. Post*
         James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com