UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Climate Control Mechanical Services, Inc. | Case 3:15-bk-02248-JAF |
| | (Jointly Administered With) |
| Base 3, LLC | Case 3:15-bk-02249-JAF |
| The Alexander Group, LLC | Case 3:15-bk-02250-JAF |
| Facility Performance, LLC | Case 3:15-bk-05021-JAF |
| Debtors. | Chapter 11 |

APPLICABLE DEBTOR

| | |
|---|---|
| The Alexander Group, LLC | Case 3:15-bk-02250-JAF |

## MOTION TO CONVERT TO CHAPTER 7
## THE CASE OF THE ALEXANDER GROUP, LLC

Debtor, The Alexander Group, LLC, moves to convert Case 3:15-bk-02250-JAF to Chapter 7.

1. Debtor, The Alexander Group, LLC, filed a voluntary petition under chapter 11 on May 18, 2015 in Case 3:15-bk-02250-JAF .

2. This Debtor is a debtor in possession.

3. This Debtor elects to convert to chapter 7 and is entitled to do so under the provisions of 11 U.S.C. § 1112(a).

4. **The remaining debtors in these jointly administered cases do not seek to convert to chapter 7.**

**CERTIFICATE OF SERVICE**

I certify that on March 20, 2018 a copy of the foregoing motion was served by U.S. Mail on all those listed on the attached matrix who do not receive service through ECF.

                                  RICHARD A. PERRY, P.A.
                                  Law Practice

                                  <u>/s/ Richard A. Perry</u>
                                  RICHARD A. PERRY
                                  Fla. Bar No. 394520
                                  820 East Fort King Street
                                  Ocala, Florida 34471-2320
                                  (352)732-2299
                                  richard@rapocala.com

                                  Attorney for Debtor
                                  The Alexander Group, LLC

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:15-bk-02248-JAF<br>Middle District of Florida<br>Jacksonville<br>Tue Mar 20 19:11:21 EDT 2018 | AAON, INC<br>2425 SOUTH YUKON AVE<br>Tulsa, OK 74107-2728 | ACOUSTI ENGINEERING COMPANY<br>OF FLORIDA<br>Tampa, FL 33610 |
| AEROTEK, INC.<br>7301 PARKWAY DRIVE<br>Hanover, MD 21076-1108 | AMERICAN DOOR & HARDWARE INC<br>1558 N MEADOW CREST BLVD<br>Crystal River FL 34429-5756 | AUTOMATED CONTROL<br>DBA JANET ZIMMERMAN<br>134 SW 140TH TERR<br>Newberry, FL 32669-3025 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BLUE CROSS BLUE SHIELD<br>P.O. BOX 44144<br>Jacksonville, FL 32231-4144 | BMB Enterprises, Inc.<br>c/o Catrina H. Markwalter, Esq.<br>Gillis Way Duncan & Campbell LLP<br>1022 Park Street, Suite 209<br>Jacksonville, FL 32204-3914 |
| BOUCHARD CLEARWATER<br>PO BOX 6090<br>Clearwater, FL 33758-6090 | BROOKS AIR SYSTEMS<br>11196 ST. JOHNS INDUSTRIAL<br>PKY SOUTH<br>Jacksonville, FL 32246-7649 | Brooks Air Systems<br>C/O Michael T. Fackler, Esq.<br>Milam Howard Nicandri Gillam & Renner, P<br>14 East Bay Street<br>Jacksonville, Florida 32202-3413 |
| CAMPBELL PLUMBING CONTRACTOR<br>SOUTHEAST, INC<br>11482-01 COLUMBIA PARK DR. W<br>Jacksonville, FL 32258-9488 | CARRIER FLORIDA<br>2000 PARK OAKS AVE<br>Orlando, FL 32808-5642 | CASCADE DRILLING, LP<br>PO BOX 31001-1417<br>Pasadena CA 91110-1417 |
| CASCADE WATER SERVICES, INC.<br>113 BLOOMINGDALE RD.<br>Hicksville, NY 11801-6547 | CENTRAL FLORIDA DRYWALL &<br>PLASTERING INC<br>Gainesville FL 32609 | CINTAS<br>PO BOX 630910<br>Cincinnati, OH 45263-0910 |
| CLARDY OIL<br>PO BOX 849<br>OCALA FL 34478-0849 | COMMUNITY BANK & TRUST<br>OF FLORIDA<br>PO BOX 1570<br>Ocala, FL 34478-1570 | COMP OPTIONS INSURANCE, INC.<br>PO BOX 862780<br>Orlando, FL 32886-2780 |
| Carrier Enterprise, LLC<br>c/o Scott S Sheffler<br>2707 W. Fairbanks Avenue, Suite 200<br>Winter Park, FL 32789-3342 | Ciraco Electric Inc.<br>c/o Andrew Roy<br>P.O. Box 1391<br>Bank of America Center<br>390 N. Orange Ave., Suite 1391<br>Orlando, FL 32801-1640 | Community Bank & Trust of Florida<br>c/o Thomas W. Cartwright<br>1301 NE 14th Street<br>Ocala FL  34470-4641 |
| Community Bank and Trust of Florida<br>c/o James H. Post, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202-4494 | Continental Casualty Company<br>c/o McRae & Metcalf, P.A.<br>306 S. Plant Avenue<br>Tampa, Florida 33606-2323 | Continental Casualty Company<br>c/o James S. Myers<br>McRae & Metcalf, P.A.<br>306 S. Plant Avenue<br>Tampa, Florida 33606-2323 |
| D&S ELECTRIC<br>TECHNOLOGIES, LLC.<br>1726 W. CYPRESS ST<br>Tampa, FL 33606-1016 | DEREK EMBODY & CO.<br>13902 N DALE MABRY HWY, STE 131<br>TAMPA FL 33618-2441 | Darryl Weary<br>c/o James L. Cannella, Jr.<br>Morgan & Morgan Atlanta, PLLC<br>P.O. Box 57007<br>Atlanta GA 30343-1007 |

| | | |
|---|---|---|
| Enterprise Fleet Management, Inc.<br>c/o Thomas Lobello, III, Esquire<br>Post Office Box 4400<br>Jacksonville, FL 32201-4400 | Ford Motor Credit Company<br>c/o Lawrence J Bernard<br>480 Busch Drive<br>Jacksonville, FL 32218-5553 | GRAYBAR ELECTRIC COMPANY, INC<br>PO BOX 7231<br>SAINT LOUIS MO 63177-1231 |
| GREAT LAKES CARPET<br>& TILE INC<br>13553 US HWY 441<br>LADY LAKE FL 32159-8906 | Gilbane Building Company<br>c/o John T. Rogerson, III<br>Adams and Reese LLP<br>501 Riverside Avenue, 7th Floor<br>Jacksonville, FL 32202-4934 | INTERNATIONAL SYSTEMS OF AMERICA<br>PO BOX 99529<br>LOUISVILLE KY 40269-0529 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JIM THOMPSON PLUMBING, INC.<br>2315 NE 8TH ROAD<br>OCALA FL 34470-4224 | KIRLAND CONCRETE<br>PO BOX 406<br>LA CROSSE FL 32658-0406 |
| MAXWELL LIGHTING PROTECTION OF FL<br>PO BOX 22683<br>ORLANDO FL 32830-2683 | Mateer & Harbert, P.A.<br>c/o Chad K. Alvaro, Esquire<br>225 E. Robinson Street<br>Post Office Box 2854 (32802)<br>Orlando, Florida 32802-2854 | Nelson & Company<br>3914 Beach Blvd.<br>Jacksonville, FL 32207-4758 |
| Nelson & Company, LC<br>c/o Adina L. Pollan, Esq.<br>Gillis Way Duncan & Campbell LLP<br>1022 Park Street, Suite 209<br>Jacksonville, FL 32204-3914 | OMS STAFF SOLUTIONS II<br>26 LAKE WIRE DR STE 1<br>LAKELAND FL 33815-1523 | PIPELINE MECHANICAL<br>30901 SUNEAGLE DRIVE<br>MOUNT DORA FL 32757-9784 |
| Pamela Ann Harris<br>c/o J. Herbert Williams, P.A.<br>702 S. Magnolia Ave, Suite 2<br>Ocala, FL 34471-0987 | QUALITY BUILDING CONTROLS<br>10011 WILLIAMS RD<br>Tampa, FL 33624-5047 | RAYMOW CONSTRUCTION COMPANY<br>101 DUNBAR AVE SUITE F<br>Oldsmar, FL 34677-2975 |
| REXEL, INC.<br>DEPT. AT 952726<br>ATLANTA GA 31192-2726 | RO-MAC LUMBER & SUPPLY<br>700 EAST MAIN STREET<br>LEESBURG FL 34748-5392 | SIMPLEX GRINNELL<br>DEPT CH 10320<br>PALATINE IL 60055-0320 |
| SOUTHERN INDEPENDENT<br>TEST AND BALANCE<br>140A WHITAKER RD<br>Lutz, FL 33549-5615 | STAN WEAVER & CO, INC<br>5220 W BEAVER ST<br>JACKSONVILLE FL 32254-2911 | SUN PLUMBING & MECHANICAL SYS INC<br>429 N RIDGEWOOD AVE<br>EDGEWATER FL 32132-1647 |
| Skanska USA Building, Inc.<br>c/o Ryan E. Davis, Esq.<br>P.O. Box 1391<br>Orlando, FL 32802-1391 | Stan Weaver & Company, Inc.<br>5220 West Beaver Street<br>Jacksonville, FL 32254-2911 | Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 |
| THE BANCORP BANK<br>DBA: TBBK LEASING<br>PO BOX 585550<br>Orlando, FL 32858-5550 | THE BARFIELD GROUP<br>6512 NW 39TH AVE<br>GAINESVILLE FL 32606-5734 | TRADESMEN INTERNATIONAL, INC<br>9760 SHEPARD ROAD<br>Macedonia, OH 44056-1124 |

| | | |
|---|---|---|
| TRANE ORLANDO PARTS<br>PO BOX 406469<br>Atlanta, GA 30384-6469 | TRANE, INC<br>PO BOX 403271<br>Atlanta, GA 30384-3271 | TREGOINING INDUSTRIES<br>PO BOX 1316<br>Macclenny, FL 32063-1316 |
| TRI ED<br>822 CLAY STREET<br>WINTER PARK FL 32789-5464 | The Bancorp Bank<br>c/o Richard R. Thames, Esq.<br>Thames Markey & Heekin, P.A.<br>50 North Laura Street, Suite 1600<br>Jacksonville, Florida 32202-3614 | The Robins & Morton Group<br>c/o Edwin G. Rice<br>Bradley Arant Boult Cummings LLP<br>100 S. Ashley Drive, Suite 1300<br>Tampa, Florida 33602-5309 |
| Tregoning Industries Corporation d/b/a Trego<br>C/O Albert T. Franson<br>1400 Prudential Drive, Suite 5<br>Jacksonville, FL 32207-8177 | Tregoning Industries, Inc.<br>c/o Albert T. Franson, Esq.<br>Franson, Iseley & Rendzio, P.A.<br>1400 Prudential Drive, Suite 5<br>Jacksonville, FL 32207-8177 | UNITED MASONRY, INC.<br>13096 SE US HWY 301<br>BELLEVIEW FL 34420-4487 |
| UNITED SALES OF OCALA<br>543 NW 21ST STREET<br>OCALA FL 34475-9222 | ZURICH AMERICAN<br>1400 AMERICAN LN<br>Schaumburg, IL 60196-5452 | Zurich American Insurance Company<br>c/o Alberta Adams Campbell<br>MILLS PASKERT DIVERS<br>100 North Tampa Street, Suite 3700<br>Tampa, FL 33602-5835 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BANK OF AMERICA
PO BOX 982238
El Paso, TX 79998-2238


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)D&S ELECTRIC TECHNOLOGIES, LLC<br>1726 W CYPRESS ST<br>TAMPA FL 33606-1016 | End of Label Matrix<br>Mailable recipients    71<br>Bypassed recipients     1<br>Total                  72 |